# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **05-0015** |
| | ) | |
| Plaintiff, | ) | Civ. Action No. 04- _____ |
| v. | ) | Judge Ziegler |
| | ) | Magistrate Judge Caiazza |
| AETNA INC., et al. | ) | |
| Defendants. | ) | |
| | ) | |

## FIRST ROUND DE MINIMIS CONSENT DECREE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>AETNA INC., )<br>AL PACKER FORD, INC. )<br>ALCAN ALUMINUM CORP. )<br>ALLEGHENY POWER )<br>(FOR SPRINGDALE POWER PLANT) )<br>AMERICAN SERVICE CENTER )<br>ASSOCIATES, LLC )<br>(trading as AMERICAN SERVICE )<br>CENTER- A MERCEDES-BENZ )<br>RETAILER) )<br>ASHLAND, INC. )<br>(for ASHLAND CHEMICAL, INC., )<br>ASHLAND OIL, INC. AND )<br>ASHLAND PETROLEUM), )<br>AVIS RENT A CAR SYSTEM INC. )<br>(for AVIS RENTALS AND )<br>AVIS TRUCK SERVICE), )<br>BEAZER EAST INC. )<br>a/k/a THE KOPPERS COMPANY, INC.) )<br>BESSEMER & LAKE ERIE )<br>RAILROAD CO., )<br>BOARD OF EDUCATION OF )<br>BALTIMORE COUNTY PUBLIC )<br>SCHOOLS, )<br>BOSTON METAL, )<br>BRIDGESTONE/FIRESTONE NORTH )<br>AMERICAN TIRE, LLC )<br>(f/k/a FIRESTONE CO.), )<br>BROWNING-FERRIS INDUSTRIES, )<br>INC., )<br>BUCKEYE PIPE LINE CO., )<br>BUCKYRUS-ERIE CO., )<br>CATERPILLAR, INC. )<br>(a/k/a CATERPILLAR TRACTOR CO.), )<br>CCX, INC. BRAEBURN ALLOY )  | C.A. No. 05-_____<br>(Related Case 97-1863)<br><br>Judge<br>Chief Magistrate Judge Caiazza |

STEEL DIVISION, )
CHAMBERS DEVELOPMENT CO., )
CONSOL ENERGY INC. )
(f/k/a CONSOLIDATION COAL CO.), )
COOPER ENERGY SERVICES, )
CORNING, INC. )
(f/k/a CORNING GLASS), )
CROWN WRECKING CO., INC., )
DAIMLER CHRYSLER CORP. )
(for AMC JEEP PLANT), )
DONNELL FORD, )
DRAVO CORP. )
(for DRAVO COMPOSITE FUELS )
PILOT PLANT), )
DUQUESNE LIGHT CO. )
(a/k/a ALLEGHENY STEAM), )
EASTERN ASSOCIATED COAL, CORP. )
(f/k/a EASTERN COAL CO.), )
EATON CORP., )
FMC CORP., )
GREATER CLEVELAND REGIONAL )
TRANSIT AUTHORITY (a/k/a R.T.A.), )
GUTTMAN OIL CO., )
HARLEY-DAVIDSON MOTOR )
COMPANY, )
HYDRIL CO., )
INDUSTRIAL TERMINAL SYSTEMS, )
INC., )
INTERNATIONAL PAPER )
(f/k/a HAMMERMIL PAPER CO.), )
INTERNATIONAL TRUCK & ENGINE )
CORP. (f/k/a INTERNATIONAL TRUCK), )
J.F.BURNS MACHINE CO., INC., )
JOY TECHNOLOGY, )
KIESEL OIL (a/k/a KIESEL CO.), )
LUBRIQUIP, INC. (a/k/a )
LUBRIQUIP DIVISION), )
LUSTINE CHEVROLET, )
MCKEAN OLDSMOBILE, )
MINE SAFETY APPLIANCE )
COMPANY, INC., )
MUELLER COPPER TUBE )
PRODUCTS, INC. (f/k/a )

HALSTEAD INDUSTRIES, INC.),          )
NEPCO,                               )
NEWELL RUBBERMAID, INC.              )
(for ANCHOR HOCKING CORP.,           )
PLANT #5),                           )
PHILIPS ELECTRONICS NORTH            )
AMERICA CORP                         )
(for NORELCO CORP.),                 )
PITTSBURGH BRASS,                    )
PITTSBURGH TUBE CO.,                 )
POTOMAC ELECTRIC POWER CO.           )
(a/k/a PEPCO),                       )
PPG INDUSTRIES., INC.,               )
PRAXAIR, INC. (f/k/a                  )
UNION CARBIDE CO.),                  )
PRINCE GEORGE'S COUNTY,              )
MARYLAND                             )
(for PRINCE GEORGE'S COUNTY          )
CENTRAL VEHICLE MAINTENANCE          )
and DEPARTMENT OF PUBLIC WORKS),)
RYDER TRUCK (a/k/a RYDER             )
TRUCK RENTAL),                       )
SCALISE BROS., INC. (a/k/a           )
SCALISE BROTHERS),                   )
SKF USA INC. (a/k/a SKF              )
INDUSTRIES),                         )
SPRINGFIELD TOYOTA,                  )
TATE DODGE,                          )
THE GOODYEAR TIRE & RUBBER CO. )
(a/k/a GOODYEAR TIRE and             )
GOODYEAR SERVICE STORES and          )
CENTERS),                            )
THE HALL CORP., (f/k/a               )
STACKPOLE CO.),                      )
THE MAY DEPARTMENT STORES            )
(d/b/a HECHT CO.),                   )
THOMAS STEEL CO. (f/k/a THOMAS       )
STEEL STRIP CO.),                    )
TIMONIUM CHRYSLER PLYMOUTH,          )
UNION ELECTRIC STEEL CORP.,          )
UNITED IRON & STEEL (a/k/a           )
UNION IRON & METAL),                 )
VERIZON MARYLAND INC. and            )

VERIZON VIRGINIA INC. (f/k/a        )
~~C & P~~ TELEPHONE COMPANY),        )
VOLKSWAGEN OF AMERICA INC.,         )
WEBER VOLVO CO. (for WEBER          )
WHITE TRUCK),                       )
WESTERN AUTO (a/k/a WESTERN         )
AUTO SUPPLY COMPANY),               )
WOLLAM CHEVROLET, INC., and         )
YOUNGSTOWN BUICK,                   )
                        Defendants. )
                                    )

## TABLE OF CONTENTS

I.      BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-4

II.     JURISDICTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

III.    PARTIES BOUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

IV.    STATEMENT OF PURPOSE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-5

V.     DEFINITIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-9

VI.    PAYMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10-14

VII.   FAILURE TO MAKE PAYMENT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14-15

VIII.  CERTIFICATION OF SETTLING DEFENDANTS AND SETTLING
        FEDERAL AGENCIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-16

IX.    COVENANT NOT TO SUE BY UNITED STATES . . . . . . . . . . . . . . . . . . . . . . . . 16-18

X.     RESERVATIONS OF RIGHTS BY UNITED STATES . . . . . . . . . . . . . . . . . . . . . 18-19

XI.    COVENANT NOT TO SUE BY SETTLING DEFENDANTS AND
        SETTLING FEDERAL AGENCIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20-21

XII.   EFFECT OF SETTLEMENT/CONTRIBUTION PROTECTION . . . . . . . . . . . . . 21-22

XIII.  RETENTION OF JURISDICTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .22

XIV.  INTEGRATION/APPENDICES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

XV.   PUBLIC COMMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

XVI.  EFFECTIVE DATE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23

XVII. SIGNATORIES/SERVICE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. Action No. 04- _____ |
| v. | ) | Judge Ziegler |
| | ) | Magistrate Judge Caiazza |
| AETNA INC., et al. | ) | |
| Defendants. | ) | |

### I. BACKGROUND

A.  The United States of America ("United States"), on behalf of the Administrator of the United States Environmental Protection Agency ("EPA"), simultaneously with lodging this First Round De Minimis Consent Decree, is filing a complaint against the above-named defendants pursuant to Section 107(a) of the Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended, ("CERCLA"), 42 U.S.C. § 9607(a), for the recovery of response costs previously incurred by the United States in responding to releases or threatened releases of hazardous substances at or from the Breslube-Penn Superfund Site (the "Site") located in Moon Township, Allegheny County, Pennsylvania.  In its complaint, the United States also seeks a declaration of the defendants' liability for all unreimbursed future response costs to be incurred by the United States in connection with the Site.

B.  As a result of the release or threatened release of hazardous substances, EPA has undertaken response actions at or in connection with the Site pursuant to Section 104 of CERCLA, 42 U.S.C. § 9604, and it will undertake response actions in the future.  In performing these response actions, EPA has incurred and will continue to incur Response Costs at or in connection with the Site.  EPA has conducted several inspections of the Site since 1988, which

have revealed that numerous hazardous substances have been released at the Site, including but

not limited to metals such as arsenic, chromium, copper, mercury, nickel, lead and zinc; various

volatile organic compounds, such as 1,1,1,-trichloroethane, cis-1,3-dichloroethene; as well as

polychlorinated biphenyls ("PCBs") and polycyclic aromatic hydrocarbons ("PAHs").

After reviewing sampling data from the Site, EPA concluded that "an imminent and substantial

threat to human health and the environment" existed at the Site, and in November 1993, EPA

obtained funding to perform a removal action. In March 1994, EPA decided to perform a fund-

lead removal action at the Site. The removal action occurred between June and October 1994.

Over 6,000 tons of contaminated soils and sludges were removed from the Site during the

removal action. After the conclusion of this action, EPA recommended the Site for inclusion on

the National Priorities List ("NPL"). The Site was listed on the NPL on June 19, 1996. In

September 1998, a group of defendants ( the "Work Group Defendants") notified the United

States of their desire to perform the Remedial Investigation and Feasibility Study ("RI/FS"). On

February 4, 2000, EPA and the Work Group Defendants entered into an Administrative Order on

Consent pursuant to which the Work Group Defendants agreed to perform the RI/FS. The Work

Group Defendants submitted to EPA a draft Remedial Investigation Report on March 18, 2003,

and a draft Feasibility Study Report on June 11, 2003.

C. EPA has determined the following:

1. prompt settlement with each Settling Defendant and the Settling Federal Agencies is practicable and in the public interest within the meaning of Section 122(g)(1) of CERCLA, 42 U.S.C. § 9622(g)(1);

2. the payment to be made by each Settling Defendant and the Settling Federal Agencies under this Consent Decree involves only a minor portion of the Response Costs incurred and to be incurred at the Site, within the meaning of Section 122(g)(1) of CERCLA, 42 U.S.C. § 9622(g)(1), based upon EPA's estimate that the total Response Costs incurred and to be incurred at or in connection with the Site by the EPA Hazardous Substance Superfund and by other persons is approximately $23 million, excluding interest; and

3. the amount of hazardous substances contributed to the Site by each Settling Defendant and the Settling Federal Agencies, and the toxic or other hazardous effects of the hazardous substances contributed to the Site by each Settling Defendant and the Settling Federal Agencies, are minimal in comparison to other hazardous substances at the Site, within the meaning of Section 122(g)(1)(A) of CERCLA, 42 U.S.C. § 9622(g)(1)(A). This is because the amount of hazardous substances contributed to the Site by each Settling Defendant and by the Settling Federal Agencies does not exceed 150,000 gallons of hazardous substances at the Site, which represents 0.19% of the total amount of hazardous substances at the Site, and the hazardous substances contributed by each Settling Defendant and the Settling Federal Agencies to the Site are not significantly more toxic and are not of significantly greater hazardous effect than other hazardous substances at the Site.

D. The Settling Defendants and the Settling Federal Agencies do not admit any liability

to the United States arising out of the transactions or occurrences alleged in the complaint.

E.   The United States and the Settling Defendants agree that settlement without further litigation and without the admission or adjudication of any issue of fact or law is the most appropriate means of resolving this action with respect to Settling Defendants and Settling Federal Agencies.

THEREFORE, with the consent of the Parties to this Consent Decree, it is ORDERED, ADJUDGED, and DECREED:

## II. <u>JURISDICTION</u>

1.   This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1345 and 42 U.S.C. § 9613(b), and also has personal jurisdiction over Settling Defendants and Settling Federal Agencies. Settling Defendants and Settling Federal Agencies consent to and shall not challenge the terms of this Consent Decree or this Court's jurisdiction to enter and enforce this Consent Decree.

## III. <u>PARTIES BOUND</u>

2.   This Consent Decree is binding upon the United States (including the Settling Federal Agencies) and upon Settling Defendants and their heirs, successors and assigns. Any change in ownership or corporate or other legal status of a Settling Defendant or a Settling Federal Agency, including but not limited to, any transfer of assets or real or personal property shall in no way alter such Settling Defendant's or such Settling Federal Agency's responsibilities under this Consent Decree.

## IV. <u>STATEMENT OF PURPOSE</u>

3. By entering into this First Round De Minimis Consent Decree, the mutual objectives of the Parties are:

a. to reach a final settlement among the Parties with respect to the Site pursuant to Section 122(g) of CERCLA, 42 U.S.C. § 9622(g), that allows Settling Defendants and Settling Federal Agencies to make a cash payment, including a premium, to resolve their alleged civil liability under Sections 106 and 107 of CERCLA, 42 U.S.C. §§ 9606 and 9607, for injunctive relief with regard to the Site, and for Response Costs incurred and to be incurred at or in connection with the Site, thereby reducing litigation relating to the Site, subject to the "Reservation of Rights by the United States" in Section X of this Decree;

b. to simplify any remaining administrative and judicial enforcement activities concerning the Site by eliminating a substantial number of potentially responsible parties from further involvement at the Site; and

c. to obtain settlement with Settling Defendants and Settling Federal Agencies for their allocated shares of Response Costs incurred and to be incurred at or in connection with the Site by the EPA Hazardous Substance Superfund, and by other persons, to provide for full and complete contribution protection for Settling Defendants and Settling Federal Agencies with regard to the Site pursuant to Sections 113(f)(2) and 122(g)(5) of CERCLA, 42 U.S.C. §§ 9613(f)(2) and 9622(g)(5).

## V. <u>DEFINITIONS</u>

4. Unless otherwise expressly provided herein, terms used in this Consent Decree that are defined in CERCLA or in regulations promulgated under CERCLA shall have the meaning

assigned to them in the statute or regulations.  Whenever the terms listed below are used in this

Consent Decree, the following definitions shall apply:

a.  "CERCLA" shall mean the Comprehensive Environmental Response,

Compensation, and Liability Act of 1980, as amended, 42 U.S.C. §§ 9601, et seq.

b.  "Consent Decree" or "Decree" shall mean this Consent Decree, and all

appendices attached hereto.  In the event of conflict between this Consent Decree and any

appendix, the Consent Decree shall control.

c.  "Day" shall mean a calendar day.  In computing any period of time under this

Consent Decree, where the last day would fall on a Saturday, Sunday, or federal holiday, the

period shall run until the close of business of the next working day.

d.  "EPA" shall mean the United States Environmental Protection Agency and

any successor departments, agencies or instrumentalities.

e.  "EPA Hazardous Substance Superfund" shall mean the Hazardous Substance

Superfund established by the Internal Revenue Code, 26 U.S.C. § 9507.

f.  "First Round De Minimis Settlement Payment Chart" (or "First Round Payment

Chart") shall mean the summary prepared by EPA which identifies the volumetric share,

expressed in total gallons of waste sent to the Breslube-Penn Site, and the cost share (including

Site Past Response Costs and Site Future Response Costs) and a premium payment assigned to

each de minimis party, attached as Appendix C hereto.

g.  "Interest" shall mean interest at the rate specified for interest on investments

of the EPA Hazardous Substance Superfund established by 26 U.S.C. § 9507, compounded

annually on October 1 of each year, in accordance with 42 U.S.C. § 9607(a). The applicable rate

-6-

of interest shall be the rate in effect at the time the interest accrues. The rate of interest is subject to change on October 1 of each year.

h.    "Matters Addressed" shall mean all response actions which have been taken at the Site, or may in the future be undertaken at the Site, including, but not limited to, removal actions, remedial actions, the RI/FS being conducted by the Work Group Defendants, and all Site Past Response Costs and Site Future Response Costs incurred or to be incurred at or in connection with the Breslube-Penn Site.

i.    "Minimum Premium Option" shall mean the lower of the two payment options offered to *de minimis* parties in this Consent Decree, which option appears in **Column 7** of the First Round Payment Chart attached to this Consent Decree as Appendix C. The Minimum Premium Option is subject to the <u>Reopener Provision</u> (paragraph 8) of this Consent Decree.

j.    "Maximum Premium Option" shall mean the higher of the two payment options offered to *de minimis* parties in this Consent Decree, which option appears in **Column 8** of the First Round Payment Chart attached to this Consent Decree as Appendix C. The Maximum Premium Option is not subject to the <u>Reopener Provision</u> (paragraph 8) of this Consent Decree.

k.    "Paragraph" shall mean a portion of this Consent Decree identified by an Arabic numeral or an upper or lower case letter.

l.    "Parties" shall mean the United States and the Settling Defendants.

m.    "Reopener Provision" shall mean the provision that appears in paragraph 8 of this Consent Decree which subjects those Settling Defendants and Settling Federal Agencies

who select the Minimum Premium Option (in **Column 7** of the First Round Payment Chart) to a

reopener of liability in the event that Site Future Response Costs exceed $26,000,000.

n.  "Response Costs" shall mean all costs of "response" as that term is defined by

Section 101(25) of CERCLA, 42 U.S.C. § 9601(25).

o.  "Section" shall mean a portion of this Consent Decree identified by a Roman

numeral.

p.  "Settling Defendants" shall mean those persons, corporations or other entities

(other than the "Settling Federal Agencies") who are eligible to participate and have agreed to

participate in this Consent Decree, and who are listed in Appendix A.

q.  "Settling Federal Agencies" shall mean the United States of America

including but not limited to the United States Air Force, (including the Air National Guard), the

United States Army (including the District of Columbia National Guard), the Army and Air

Force Exchange Service (AAFES), the United States Coast Guard, the United States Navy

(including Navy exchanges), the United States Postal Service, the National Aeronautic and Space

Administration (NASA), and the federal agencies located at the Bruceton Research Center during

the 1978- 1986 period (including but not limited to the Department of Energy, the Mine Safety

and Health Administration, the United States Department of Health and Human Service's

National Institute of Occupational Safety and Health, the Bureau of Mines, and their predecessor

and successor governmental entities).

r.  "Site" shall mean the Breslube-Penn, Inc. Superfund Site, encompassing

approximately 5 acres, located at 84 Montour Road (also known as Ewing Road), Coraopolis,

Moon Township, Allegheny County, Pennsylvania, and generally shown on the map attached as

-8-

Appendix B.

        s. "Site Future Remedy Costs" is a subset of "Site Future Response Costs," and shall mean EPA's estimate of those costs that will be incurred by EPA and/or by potentially responsible parties (PRPs) for the Breslube-Penn Site in the future in connection with the remedial design(s) and/or remedial action(s) at the Site, pursuant to a Record of Decision.

        t. "Site Future Response Costs" shall mean all "Site Future Remedy Costs;" all other Response Costs that the EPA and/or the United States Department of Justice ("USDOJ") have incurred, and will incur, from February 1, 2003 through December 31, 2004 (the projected approximate date for completion of this *de minimis* settlement process); and the estimated $65,000 in Response Costs that the "Work Group Defendants" have projected they will incur to complete the remedial investigation/feasibility study ("RI/FS") for the Site.

        u. "Site Past Response Costs" shall mean all Response Costs incurred by EPA and by USDOJ at or in connection with the Site through the date January 31, 2003, and all Response Costs incurred by the Work Group Defendants at or in connection with the Site through the date November 17, 2003;

        v. "United States" shall mean the United States of America, including its departments, agencies and instrumentalities.

        w. "Work Group Defendants" are those named defendants in the <u>United States v. Allegheny Ludlum Corp., et al.</u> (C.A. No. 97-1863, W.D. Pa) litigation that have entered into an Administrative Order on Consent with EPA to perform the RI/FS at the Site: Exxon-Mobil Corporation, Viacom Inc. (formerly CBS Corporation and Westinghouse Electric Corporation), Hussey Copper Ltd., USX Corporation, Ford Motor Company and General Motors Corporation.

The Work Group Defendants included Kaiser Aluminum Corp. until it notified the other members of the Work Group in early 2002 that it no longer intended to continue participating in the Group, and thereafter filed for bankruptcy.

## VI. PAYMENT

5.  a.  Within 30 days after entry of this Consent Decree, each Settling Defendant shall pay to the EPA Hazardous Substance Superfund the amount for the payment option (**Column 7** or **Column 8**) that it has selected, as set forth in the row where its name appears in the First Round Payment Chart (Appendix C) to this Consent Decree;

b.  As soon as reasonably practicable after entry of the Consent Decree, the United States, on behalf of the Settling Federal Agencies (excluding AAFES and the U.S. Postal Service) shall pay to the EPA Hazardous Substance Superfund $ 38,079.68 (the total **Column 8** payment for all Settling Federal Agencies on Attachment D, excluding AAFES and the U.S. Postal Service).

c.  As soon as practicable after entry of the Consent Decree, AAFES shall pay to the EPA Hazardous Substance Superfund $4,961.83 (the total **Column 8** payment for all AAFES entities on Attachment D).

d.  As soon as practicable after entry of the Consent Decree, the U.S. Postal Service shall pay to the EPA Hazardous Substance Superfund $2,888.12 (the total **Column 8** payment for all U.S. Postal Service entities on Attachment D).

6. Each Settling Defendant's and the Settling Federal Agencies' payments include an amount for all Site Past Response Costs, all Site Future Response Costs; and a premium to cover certain risks and uncertainties associated with this settlement.  The premium differs depending

-10-

upon which of two settlement options is chosen, as explained in paragraph 7 below.

      7.   EPA has established two payment options:  **the Minimum Premium Option** in **Column 7** of the First Round Payment Chart (Appendix C) which contains the lowest possible premium that must be paid to participate in this settlement, and is coupled with the "Reopener Provision" (See paragraph 8, below), for overruns of Site Future Response Costs,  and **the Maximum Premium Option** in **Column 8** of the First Round Payment Chart which contains a higher premium, and is not subject to the "Reopener Provision."  **The Maximum Premium Option** in **Column 8** covers certain risks including: 1) the risk that EPA will not be able to recover Response Costs from many PRPs on the First Round Payment Chart because they are now defunct or unreachable, have declared bankruptcy, or otherwise have an inability to pay (EPA has applied a 25% premium for this risk on both Site Past Response Costs and Site Future Response Costs) ; and 2) the risk that Site Future Response Costs will be higher than EPA currently projects (EPA has applied a 100% premium for this risk to Site Future Response Costs).  **The Minimum Premium Option** in **Column 7** covers the risk described in 1) above, by applying the same 25% premium on both Site Past Response Costs and Site Future Response Costs), but only *partially* covers the risk described in 2) above, by applying only a 50% premium for the risk of overruns on Site Future Response Costs.  If Site Future Response Costs exceed $26,000,000, then the <u>Reopener Provision</u> (paragraph 8 below) may be triggered, at EPA's discretion, for **Column 7 Settlors**.  The selection of the **Column 7 Minimum** or **Column 8 Maximum Payment Option** shall be made by each Settling Defendant and Settling Federal Agency by marking the appropriate box on its signature page to this Decree.

-11-

8. **Reopener Provision for the Column 7 Minimum Payment Option-**

    a.    Although **Column 7 Settlors** will pay less money to settle now, they shall assume the risk that Site Future Response Costs will exceed $26,000,000. If Site Future Response Costs exceed $26,000,000, EPA, in its discretion, may require **Column 7 Settlors** to pay additional money under this Consent Decree. If EPA so chooses, it shall issue a written demand for additional payments to **Column 7 Settlors,** which demand shall be based on each **Column 7 Settlor's** percentage share (as it appears on Appendix C) of the additional Site Future Response Costs above $26,000,000 that have been (will be) incurred at the Site. No premium would be attached to any such future payment. The additional payment shall be due from each **Column 7 Settlor** within 60 days following receipt of such a demand. By signing this Consent Decree, **Column 7 Settlors** agree that they will make such additional payments to EPA in the future in the event that Site Future Response Costs exceed $26,000,000.

    b.    If a **Column 7 Settlor** fails timely to comply with a future demand by EPA for additional payment, such PRPs shall be in violation of this Consent Decree and shall be subject to the assessment of civil penalties and Interest from the date of the demand, as set forth in Section VII ("Failure to Make Payment"). Further, in the event of such nonpayment, and notwithstanding any other provision of this Consent Decree, the United States, including EPA, reserves, and this Consent Decree is without prejudice to, the right to issue administrative orders requiring such **Column 7 Settlor** to undertake additional cleanup activities, and the right to institute judicial proceedings seeking to compel such **Column 7 Settlor** to reimburse EPA for a higher share of Response Costs.

-12-

9.   The settlement option (**Column 7** or **Column 8**) selected by each Settling Defendant and the Settling Federal Agencies shall affect the scope of EPA's covenant not to sue, as well as the reservation of rights made by EPA, as set forth in Sections IX and X of this Consent Decree, respectively.

10.   a.   Each payment by a Settling Defendant shall be made by certified or cashier's check made payable to "EPA Hazardous Substance Superfund."  Each check or a letter accompanying each check, shall identify the name and address of the party making payment, the Breslube Penn, Inc. Site name, the EPA Region and Site Spill ID Number 03BDO, and DOJ Case Number 90-11-3-1762/1 and shall be sent to:

> Environmental Protection Agency RIII
> P.O. Box 360515
> Pittsburgh, PA   15251-6515

b.   Each payment made by or on behalf of a Settling Federal Agency shall be made through inter-agency electronic funds transfers (EFTs).

The total amount to be paid pursuant to this Section and Appendix C to this Consent Decree shall be deposited in the Breslube-Penn, Inc. Superfund Site Special Account within the EPA Hazardous Substance Superfund to be retained and used to conduct or finance response actions at or in connection with the Site, or to be transferred by EPA to the EPA Hazardous Substance Superfund.

11.   At the time of payment of the **Column 7** or the **Column 8** amount,  each Settling Defendant and the Settling Federal Agencies shall send notice that such payment has been made

to:      Lisa A. Cherup
Trial Attorney
Environmental Enforcement Section

-13-

Environment and Natural Resources Division
United States Department of Justice
DJ No. 90-11-3-1762
P.O. Box 7611
Washington, D.C.  20044-7611

Mary E. Rugala
Senior Assistant Regional Counsel
U.S. Environmental Protection Agency, Region III
1650 Arch Street   (Mail Code 3RC42)
Philadelphia, PA 19103-2029

U.S. EPA Region III Docket Clerk
U.S. Environmental Protection Agency, Region III
1650 Arch Street (Mail Code 3RC00)
Philadelphia, PA 19103-2029

12.     The Parties to this Consent Decree recognize and acknowledge that the payment

of obligations of the Settling Federal Agencies under this Consent Decree can only be paid from

appropriated funds legally available for such purpose.  Nothing in this Consent Decree shall be

interpreted or construed as a commitment or requirement that any Settling Federal Agency

obligate or pay funds in contravention of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other

applicable provision of law.

## VII. FAILURE TO MAKE PAYMENT

13.     If any Settling Defendant fails to make full payment of the **Column 7** amount or

the **Column 8** amount that appears next to its name in the First Round Payment Chart (Appendix

C) within 30 days from the date of entry of the Consent Decree, such Settling Defendant shall

pay Interest on the unpaid balance.  In addition, if any Settling Defendant fails to make full

payment of the **Column 7** or the **Column 8** amount next to its name, the United States may, in

addition to any other available remedies or sanctions, bring an action against that Settling

-14-

Defendant seeking injunctive relief to compel payment and/or seeking civil penalties in accordance with Section 122(*l*) of CERCLA, 42 U.S.C. § 9622(*l*), for failure to make timely payment.

14.   If the payments to be made by (or on behalf of) the Settling Federal Agencies to the EPA Hazardous Substances Superfund under this Consent Decree are not made as soon as reasonably practicable, the appropriate EPA Regional Branch Chief may raise any issues relating to payment to the appropriate Assistant Section Chief for the Environmental Defense Section. In any event, if these payments are not made within 120 days after the effective date of this Consent Decree, EPA and DOJ have agreed to resolve the issue within 30 days in accordance with the 1998 letter agreement on this subject.

## VIII. CERTIFICATION OF SETTLING DEFENDANTS AND SETTLING FEDERAL AGENCIES

15.   By signing this Consent Decree, each Settling Defendant and Settling Federal Agency certifies, individually, that, to the best of its knowledge and belief, it:

a.  has conducted a thorough, comprehensive, good faith search for documents, and has fully and accurately disclosed to EPA, all information currently in its possession, or in the possession of its officers, directors, employees, contractors or agents, which relates in any way to the ownership, operation, or control of the Site, or to the ownership, possession, generation, treatment, transportation, storage or disposal of a hazardous substance, pollutant, or contaminant at or in connection with the Site;

b.  has not altered, mutilated, discarded, destroyed or otherwise disposed of any records, documents, or other information relating to its potential liability regarding the

Site after notification of potential liability or the filing of a suit against it regarding the Site;

 c. has and will comply fully with any and all EPA requests for information regarding the Site pursuant to Sections 104(e) and 122(e) of CERCLA, 42 U.S.C. §§ 9604(e) and 9622(e); and

 d. Further, all Settling Defendants who were named in <u>United States v. Allegheny Ludlum, et al.</u> (C.A. No. 97-1863)(W.D. Pa.) certify that they fully answered the discovery requests served on them pursuant the Court's July 15, 1998 Case Management Order.

## IX. <u>COVENANT NOT TO SUE BY UNITED STATES</u>

 16. In consideration of the payments that will be made by Settling Defendants and Settling Federal Agencies under the terms of this Consent Decree, and except as specifically provided in Section X (Reservations of Rights by the United States), the United States provides the following covenants not to sue:

 a. **For Column 8 Settlors**-

The following paragraph applies to those Settling Defendants and Settling Federal Agencies who have selected the "Column 8 Maximum Premium Option."

The United States covenants not to sue or take administrative action against such Settling Defendants pursuant to Sections 106 or 107 of CERCLA, 42 U.S.C. §§ 9606 or 9607, relating to the Site. The United States covenants not to take administrative action against such Settling Federal Agencies pursuant to Sections 106 or 107 of CERCLA, 42 U.S.C. §§ 9606 or 9607. With respect to present and future liability, this covenant not to sue

-16-

shall take effect for each such Settling Defendant or Settling Federal Agency upon receipt of that Settling Defendant's or that Settling Federal Agency's **Column 8** payment as required by Section VI of this Consent Decree. With respect to each such Settling Defendant or Settling Federal Agency, individually, this covenant not to sue is conditioned upon: 1) the satisfactory performance by Settling Defendant or Settling Federal Agency of all obligations under this Consent Decree; and 2) the veracity of the information provided to EPA by the Settling Defendant or the Settling Federal Agency relating to their involvement with the Site.

b. **For Column 7 Settlors**-

The following paragraph applies to those Settling Defendants and Settling Federal Agencies who have selected the "Column 7 Minimum Premium Option."

The United States covenants not to sue or take administrative action against such Settling Defendants pursuant to Sections 106 or 107 of CERCLA, 42 U.S.C. §§ 9606 or 9607, relating to the Site. The United States covenants not to take administrative action against such Settling Federal Agencies pursuant to Sections 106 or 107 of CERCLA, 42 U.S.C. §§ 9606 or 9607. With respect to present and future liability, this covenant not to sue shall take effect for each such Settling Defendant or Settling Federal Agency upon receipt of that Settling Defendant's or that Settling Federal Agency's **Column 7** payment as set forth in Appendix C to this Decree. With respect to each such Settling Defendant or Settling Federal Agency's, individually, this covenant not to sue is conditioned upon: 1) future compliance with the "Reopener Provision" set forth in paragraph 8, *supra*; 2) the satisfactory performance by Settling Defendant or Settling Federal Agency of all other

obligations under this Consent Decree; and 3) the veracity of the information provided to EPA by Settling Defendant or Settling Federal Agency relating to their involvement with the Site.

17.   The covenant not to sue provided in this Section extends only to Settling Defendants and Settling Federal Agencies, and does not extend to any other person.

18.   For those Settling Defendants who were named in United States v. Allegheny Ludlum, et al., C.A. No. 97-1863, following payment of such Settling Defendants' **Column 7** or **Column 8** amount  pursuant to this Consent Decree, the United States shall move to dismiss those parties from that litigation.  The dismissal shall be *without prejudice* to the rights reserved by the United States in this Consent Decree.

## X.  RESERVATION OF RIGHTS BY UNITED STATES

19.   The United States reserves, and this Consent Decree is without prejudice to, all rights against Settling Defendants and Settling Federal Agencies with respect to all matters not expressly included within the Covenant Not to Sue by United States in Section IX of this Decree. Notwithstanding any other provision of this Consent Decree, the United States reserves all rights against Settling Defendants and Settling Federal Agencies with respect to:

a.  liability for failure to meet a requirement of this Consent Decree;

b.  criminal liability;

c.  liability for damages for injury to, destruction of, or loss of natural resources, and for the costs of any natural resource damage assessments; or

d.  liability based upon the ownership or operation of the Site, or upon the transportation, treatment, storage, or disposal, or the arrangement for the transportation,

treatment, storage, or disposal, of a hazardous substance or a solid waste at or in connection with the Site, after signature of this Consent Decree.

20.   Notwithstanding any other provision in this Consent Decree, the United States reserves, and this Consent Decree is without prejudice to, the right to institute proceedings against any individual Settling Defendant or Settling Federal Agency in this action or in a new action or to issue an administrative order to any individual Settling Defendant or Settling Federal Agency seeking to compel that Settling Defendant or Settling Federal Agency to perform response actions relating to the Site, and/or to reimburse the United States for additional costs of response, if:

a.  information is discovered which indicates that such Settling Defendant or Settling Federal Agency contributed hazardous substances to the Site in such greater amount or of such greater toxic or other hazardous effects that such Settling Defendant or Settling Federal Agency no longer qualifies as a *de minimis* party at the Site because Settling Defendant contributed greater than 0.19% of the hazardous substances at the Site, or contributed hazardous substances which are significantly more toxic or are of significantly greater hazardous effect than other hazardous substances at the Site; or

b.  information is discovered which demonstrates that the certifications made by the Settling Defendant or Settling Federal Agency pursuant to Section VIII herein are false or otherwise incorrect; or

c.  the Settling Defendant or Settling Federal Agency fails to comply with any term or obligation under this Consent Decree.

## XI. COVENANT NOT TO SUE BY SETTLING DEFENDANTS AND SETTLING FEDERAL AGENCIES

21. Settling Defendants covenant not to sue and agree not to assert any claims or causes of action against the United States or its contractors or employees with respect to the Site or this Consent Decree, including, but not limited to:

a. any direct or indirect claim for reimbursement from the EPA Hazardous Substance Superfund based on Sections 106(b)(2), 107, 111, 112, or 113 of CERCLA, 42 U.S.C. §§ 9606(b)(2), 9607, 9611, 9612, or 9613, or any other provision of law;

b. any claim arising out of response actions at or in connection with the Site, including any claim under the United States Constitution, the Constitution of the Commonwealth of Pennsylvania, the Tucker Act, 28 U.S.C. § 1491, the Equal Access to Justice Act, as amended, 28 U.S.C. § 2412, or at common law; and

c. any claim against the United States pursuant to Sections 107 and 113 of CERCLA, 42 U.S.C. §§ 9607 and 9613, relating to the Site.

Except as provided in Paragraph 23 (Waiver of Claims) and Paragraph 25 (Waiver of Claim-Splitting Defenses), these covenants not to sue shall not apply in the event the United States brings a cause of action or issues an order pursuant to the reservations set forth in Paragraph 19(c) or (d) or Paragraph 20, but only to the extent that Respondents' claims arise from the same response action, Response Costs, or damages that the United States is seeking pursuant to the applicable reservation.

22. Nothing in this Consent Decree shall be deemed to constitute approval or preauthorization of a claim within the meaning of Section 111 of CERCLA, 42 U.S.C. § 9611, or

-20-

40 C.F.R. § 300.700(d).

23.   Settling Defendants and Settling Federal Agencies agree not to assert any claims or causes of action (including claims for contribution under CERCLA) that they may have for all matters relating to the Site against each other or any other person who is a potentially responsible party under CERCLA at the Site.  This waiver shall not apply with respect to any defense, claim, or cause of action that a Settling Defendant or Settling Federal Agency may have against any person if such person asserts or has asserted a claim or cause of action relating to the Site against such Settling Defendant or Settling Federal Agency.

## XII.  <u>EFFECT OF SETTLEMENT/CONTRIBUTION PROTECTION</u>

24.   Except as provided in Paragraph  23 (Waiver of Claims), nothing in this Consent Decree shall be construed to create any rights in, or grant any cause of action to, any person not a Party to this Consent Decree.  Except as provided in Paragraph  23 (Waiver of Claims), the United States and Settling Defendants each reserve any and all rights including, but not limited to, any right to contribution, defenses, claims, demands, and causes of action which each Party may have with respect to any matter, transaction, or occurrence relating in any way to the Site against any person not a Party hereto.

25.   In any subsequent administrative or judicial proceeding initiated by the United States for injunctive relief, recovery of Response Costs, or other relief relating to the Site, Settling Defendants and Settling Federal Agencies shall not assert, and may not maintain, any defense or claim based upon the principles of waiver, *res judicata*, collateral estoppel, issue preclusion, claim-splitting, or other defenses based upon any contention that the claims raised in the subsequent proceeding were or should have been brought in the instant action; provided,

however, that nothing in this paragraph affects the enforceability of the Covenant Not to Sue by the United States included in Section IX.

26.   The Parties agree, and by entering this Consent Decree this Court finds, that each Settling Defendant and Settling Federal Agency that is in compliance with all payment requirements of this Decree is entitled, as of the date of entry of this Consent Decree, to protection from contribution actions or claims as provided by Sections 113(f)(2) and 122(g)(5) of CERCLA, 42 U.S.C. §§ 9613(f)(2) and 9622(g)(5), for "Matters Addressed" in this Consent Decree.

## XIII.  RETENTION OF JURISDICTION

27.   This Court shall retain jurisdiction over this matter for the purpose of interpreting and enforcing the terms of this Consent Decree.

## XIV.  INTEGRATION/APPENDICES

28.   This Consent Decree and its appendices constitute the final, complete and exclusive agreement and understanding among the Parties with respect to the settlement embodied in this Consent Decree.  The Parties acknowledge that there are no representations, agreements or understandings relating to the settlement other than those expressly contained in this Consent Decree.  The following appendices are attached and incorporated into this Consent Decree:

Appendix A: List of Settling Defendants and Settling Federal Agencies

Appendix B: Map of the Site

Appendix C: First Round *De Minimis* Settlement Payment Chart

Appendix D: Federal Agency Parent/Child Chart

-22-

## XV. **PUBLIC COMMENT**

29.   This Consent Decree shall be lodged with the Court for a period of not less than 30 days for public notice and comment. The United States shall file with the Court any written comments received and the United States' response thereto.  The United States reserves the right to withdraw or withhold its consent if comments regarding the Consent Decree disclose facts or considerations which indicate that this Consent Decree is inappropriate, improper or inadequate. Settling Defendants consent to entry of this Consent Decree without further notice, and the United States reserves the right to oppose an attempt by any person to intervene in this civil action.

## XVI. **EFFECTIVE DATE**

30.   The effective date of this Consent Decree shall be the date of entry by this Court, following public comment pursuant to Paragraph 29.

## XVII. **SIGNATORIES/SERVICE**

31.   Each undersigned representative of a Settling Defendant to this Consent Decree and the Assistant Attorney General for the Environment and Natural Resources Division of the United States Department of Justice, or his delegatee, certifies that he or she is fully authorized to enter into the terms and conditions of this Consent Decree and to execute and bind legally such party to this document.

32.   Each Settling Defendant hereby agrees not to oppose entry of this Consent Decree by this Court or to challenge any provision of this Consent Decree, unless the United States has notified Settling Defendants in writing that it no longer supports entry of the Consent Decree.

33.   Each Settling Defendant shall identify, on the attached signature pages, the name and

-23-

address of an agent who is authorized to accept service of process by mail on behalf of that Party with respect to all matters arising under or relating to this Consent Decree.  Settling Defendants hereby agree to accept service including, but not limited to, service of a summons, in that manner and to waive the formal service requirements set forth in Rule 4 of the Federal Rules of Civil Procedure and any applicable local rules of this Court.  The Parties agree that Settling Defendants and Settling Federal Agencies need not file an answer to the complaint in this action unless or until the Court expressly declines to enter this Consent Decree.

SO ORDERED THIS 12th DAY OF September , 2005.


_____
Joy Flowers Conti
United States District Judge

THE UNDERSIGNED PARTIES enter into this First Round De Minimis Consent Decree in the

matter of <u>United States v. Aetna, Inc.</u>, U.S.D.C. (W.D.Pa.) Civil Action No. 04- ___, relating to

the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania:

FOR THE UNITED STATES OF AMERICA

THOMAS L. SANSONETTI
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice
Washington, D.C.  20530

Date: 12/28/04

By: _____
W. Benjamin Fisherow
Deputy Section Chief
Environmental Enforcement Section,
(on behalf of U.S. EPA and the Settling
Federal Agencies)

Date: 1/3/05

_____
Lisa A. Cherup
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
(on behalf of U.S. EPA and the Settling
Federal Agencies)
P.O. Box 7611
Washington, DC  20044-7611
(202) 514-2802

-25-

MARY BETH BUCHANAN
United States Attorney
Western District of Pennsylvania

Date: _1/4/05_

By:_____ /for
Jessica Lieber Smolar
Assistant United States Attorney
Western District of Pennsylvania
(on behalf of U.S. EPA and the Settling
Federal Agencies)
U.S. Post Office and Courthouse
700 Grant Street, Suite 400
Pittsburgh, PA 15219
(412) 644-5890
PA ID NO. 65406

Donald S. Welsh
Regional Administrator, Region III
U.S. Environmental Protection Agency
1650 Arch Street
Philadelphia, PA 19103-2029


William C. Early
Regional Counsel
U.S. Environmental Protection Agency,
Region III
1650 Arch Street
Philadelphia, PA 19103-2029


Mary E. Rugala
Senior Assistant Regional Counsel
U.S. Environmental Protection Agency,
Region III
1650 Arch Street
Philadelphia, PA 19103-2029

-27-

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

Date: 7/15/04

FOR DEFENDANT AETNA INC.
(Breslube-Penn Parent ID # 1995)

_____ — Insurance Risk &
Financial Manager

[Names and address of Defendant's
signatories]    Edward A. Flanagan, Jr.
Aetna Inc.
151 Farmington Avenue
Hartford, CT  06156

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  John E. Ahearn

Title:  Counsel

Address:    Aetna Inc.
151 Farmington Avenue, RC4A
Hartford, CT  06156

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** 🞩

FOR DEFENDANT AL PACKER FORD
(Breslube-Penn Parent <u>ID</u> # 5335)

Date: 9/16/04

_____, CFO (Jeffrey Tucker)
[Names and address of Defendant's signatories] Al Packer Ford, Inc.
mail address – 9801 Pulaski Hwy
Baltimore, MD 21220

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Sanford D. Schreiben

Title: Resident Agent

Address: Blades ; Rosenfeld P.A.
1200 Sun Life Building
20 South Charles Street
Baltimore, MD 21201

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐   **Column 8 Maximum Premium Option** ☒

Date: 9/15/04

FOR DEFENDANT ALCAN ALUMINUM CORPORATION
(Breslube Penn Parent ID # 1272)

John C. Tillman
Associate Counsel
Aclan Corporation
6060 Parkland Blvd
Mayfield Heights  OH 44124-4185

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:     John C. Tillman

Title:     Associate Counsel

Address:     Alcan Corporation
             6060 Parkland Blvd.
             Mayfield Heights  OH 44124-4185

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT ALLEGHENY POWER      (for SPRINGDALE POWER PLANT)
(Breslube-Penn Parent ID # 1704)

Date: September 17, 2004

[Names and address of Defendant's signatories]

President, Allegheny Power

Agent Authorized to Accept Service on Behalf of Above-signed Party:   Joseph H. Richardson
800 Cabin Hill Dr.
Greensburg, PA 15601

Name:     Kathryn L. Patton

Title:     Deputy General Counsel, Allegheny Power

Address:     800 Cabin Hill Drive
Greensburg, PA   15601

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.</u>, U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐   **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT AMERICAN SERVICE
CENTER ASSOCIATES, LLC
(trading as AMERICAN SERVICE CENTER-
a Mercedes-Benz Retailer)
(Breslube-Penn Parent ID # 4996)

Date: September 16, 2004

_____
Ralph Mastantuono
General Manager
585 N. Glebe Road.
Arlington, VA 22203

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Peter A. Chapin, Esquire

Title: Attorney

Address: Sacks & Chapin, P.C.
         1030 15th Street, N.W.
         Suite 748
         Washington, D.C., 20005

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT ASHLAND, INC. (for ASHLAND CHEMICAL, INC., ASHLAND OIL, INC. and ASHLAND PETROLEUM) (Breslube-Penn Parent ID # 6407)

Date: 9-17-04

[Names and address of Defendant's signatories] Robin Lampkin-Isabel
                     Senior Group Counsel
            Ashland Inc., 5200 Blazer Parkway
Agent Authorized to Accept Service on Behalf of Above-signed Party: Dublin, Ohio 43017

Name:     CT CORPORATION
          36 EAST SEVENTH STREET, Suite 2400
Title:    CINCINNATI, Ohio  45202-3000

Address:

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT AVIS RENT A CAR
SYSTEM INC., (for AVIS RENTALS and
AVIS TRUCK SERVICE)
(Breslube-Penn Parent ID # 2060)

Date: 9/13/04

[Names and address of Defendant's signatories] Rose Pelino (Same as below)

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: ROSE PELINO

Title: DIRECTOR ENVIRONMENTAL AFFAIRS

Address: 6 SYLVAN WAY
PARSIPPANY, NJ 07054

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT BESSEMER & LAKE
ERIE RAILROAD CO.
(Breslube-Penn Parent ID # 1534)

Date: _9·20·04_

_Leean M. Denne_

[Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:    Leean M. Denne

Title:    Counsel

Address:    135 Jamison Lane
Monroeville PA 15146

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option**  ☐   **Column 8 Maximum Premium Option**  ☒

FOR DEFENDANT BOARD OF EDUCATION
OF BALTIMORE COUNTY
(a/k/a BALTIMORE COUNTY PUBLIC
SCHOOLS)
(Breslube Penn Parent ID # 3850)

Date: 4-14-04

Joe A. Hairston
**Superintendent of Schools**
**6901 Charles Street**
**Towson, Maryland 21204**

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:   **Margaret-Ann F. Howie, Esquire**

Title:   **Legal Counsel to the Superintendent**

Address:   **6901 Charles Street**
**Towson, Maryland 21204**

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☑

FOR DEFENDANT BOSTON METAL
(Breslube-Penn Parent ID # 5652)

Date: 9-10-04

_Joseph D. Davies_
[Names and address of Defendant's signatories] 4027 HESS Rd
Monkton, Md. 21111

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: JOSEPH DAVIES

Title: PRESIDENT

Address: 4027 HESS ROAD
Monkton, Md. 21111

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-____,
relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐        **Column 8 Maximum Premium Option** ☑

FOR DEFENDANT CCX, INC.,
BRAEBURN ALLOY STEEL DIVISION.
(Breslube Penn Parent ID # 837)

Date:  September 15, 2004

Francis X. Feeney
Vice President - Finance
East Hanover Street
Hanover, PA 17331

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:        Rick Friedman

Title:        McNees Wallace & Nurick LLC
             Attorney

Address:     P. O. Box 1166
             100 Pine Street - 7th Floor
             Harrisburg, PA 17108-1166
             Tele: (717) 237-5469; fax: (717) 237-5300
             email: rfriedman@mwn.com

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of United States v. Aetna, Inc., et al., U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☑

FOR DEFENDANT
BRIDGESTONE/FIRESTONE NORTH AMERICA TIRE, LLC (f/k/a FIRESTONE CO.)
(Breslube-Penn Parent ID # 6379)

Date: _15 Sept 2004_

[Names and address of Defendant's signatories] _Jane Johnson, Manager of Remediation_
_Bridgestone Americas Holding, Inc._
_535 Marriott Drive_
_Nashville, TN 37214_

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: _National Registered Agents, Inc._

Title:

Address: _1900 Church Street, Suite 400_
_Nashville, TN. 37203_

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of United States v. Aetna, Inc., et al., U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** □ **Column 8 Maximum Premium Option** 

FOR DEFENDANT BROWNING-FERRIS
INDUSTRIES, INC. (a/k/a BFI)
(Breslube-Penn Parent ID # 1917)

Date: 9-16-04

_____ JLWhite -Deputy General Counsel
[Names and address of Defendant's
signatories]     Jo Lynn White
                 15880 N. Greenway-Hayden
                         Loop
                 Scottsdale, AZ 85260

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Jeff Martin, Esq

Title:

Address: Hunton & Williams LLP
         1900 K St. N.W.
         Washington, DC 20006

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT BUCKEYE PIPE LINE CO.
(Breslube-Penn Parent ID # 1245)

Date: ___9/16/04___

[Names and address of Defendant's signatories]   Mr. Jan F. Horwath
                                                  Buckeye Pipe Line Company
                                                  5002 Buckeye Road
                                                  Emmaus, PA 18049

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:      Jan F. Horwath

Title:     Manager, Environmental Affairs

Address:   Buckeye Pipe Line Company
           5002 Buckeye Road
           Emmaus, PA 18049

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.</u>, U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option**   ☒

FOR DEFENDANT BUCYRUS-ERIE CO.
(Breslube-Penn Parent ID # 840)

Date: _09/21/2004_     _____

[Names and address of Defendant's signatories] John F. Bosbous, Treasurer
Bucyrus International, Inc.
(f/k/a Bucyrus-Erie Company)
1100 Milwaukee Avenue
South Milwaukee, WI 53172

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: David P. Ruetz, Esq.

Title: Counsel

Address: Whyte, Hirschboeck, Dudek, SC.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202-3819
Tel: 414-978-5544
Fax: 414-223-5000
Email: druetz@whdlaw.com

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.</u>, U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT CATERPILLAR, INC.
(a/k/a CATERPILLAR TRACTOR CO.)
(Breslube-Penn Parent ID # 6408)

Date: _September 10, 2004_

[Names and address of Defendant's signatories]
( Same as below )

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:     Timothy J. Callanan

Title:     Sr. Corporate Attorney

Address:   Caterpillar Inc.
           100 N.E. Adams
           Peoria, IL 61629-7310

           Ph: 309/675-4277

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☑

FOR DEFENDANT CHAMBERS
DEVELOPMENT CO.
(Breslube-Penn Parent ID # 231)

Date: _Sept 20 / 04_

[Names and address of Defendant's     *Megan Harmon*
signatories] *(Same address as below)*

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:     Ronald S. Cusano, Esq.

Title:     Attorney
          Megan E. Harmon, Esq. (Defendant's signatory)

Address:   Schnader Harrison Segal & Lewis LLP
          Suite 2700 Fifth Avenue Place
          120 Fifth Avenue
          Pittsburgh PA  15222

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of United States v. Aetna, Inc., et al., U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT CONSOL ENERGY INC. (f/k/a CONSOLIDATION COAL CO.)
(Breslube-Penn Parent ID # 1289)

Date: _9-14-04_

_____
[Names and address of Defendant's signatories]   *SAMUEL P. SKEEN ESQ*
*ASSOCIATE GENERAL COUNSEL*
*1800 WASHINGTON ROAD*

Agent Authorized to Accept Service on Behalf of Above-signed Party: *PITTSBURGH, PA 15241*

Name: *SAMUEL P. SKEEN*

Title: *ASSOCIATE GENERAL COUNSEL*

Address: *1800 Washington Road, PITTSBURGH, PA 15241*

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.</u>, U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option ☐ Column 8 Maximum Premium Option ☒**

FOR DEFENDANT COOPER ENERGY
SERVICES
(Breslube-Penn Parent ID # 247)

Date: _9-20-04_

[Names and address of Defendant's signatories] _Bruce Himmelreich_

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: _Bruce Himmelreich_

Title: _Associate General Counsel_

Address: _1333 W. Loop South_
_Suite 1700_
_Houston TX   77027_

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☑

FOR DEFENDANT CORNING, INC. (f/k/a CORNING GLASS)
(Breslube-Penn Parent ID # 1748)

Date: 9/16/04

_William D. Eggers_
[Names and address of Defendant's signatories]

William D. Eggers
Senior VP and General Counsel
1 Riverfront Plaza
Corning, NY 14831

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Denise A. Hausett

Title: Secretary and Assistant General Counsel

Address: Corning Incorporated
One Riverfront Plaza
Corning, NY 14831

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of United States v. Aetna, Inc., et al., U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT CROWN WRECKING CO., INC.
(Breslube-Penn Parent ID# 2050)

Date: 9/16/04

[Names and address of Defendant's signatories]   FRANK CROWN  *President*
318 CONROY DRIVE
PITTSBURGH, PA  15205

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: SEAN W. MORAN, ESQUIRE

Title: ATTORNEY

Address:   PEPPER HAMILTON LLP
ONE MELLON CENTER, 50TH FLOOR
500 GRANT STREET
PITTSBURGH, PA  15219

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.</u>, U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT DAIMLER
CHRYSLER CORP. (for AMC JEEP
PLANT)
(Breslube-Penn Parent ID # 2309)

Date: 9/24/04

[Names and address of Defendant's signatories]

*Senior manager of Stationary, Environment and Energy*
*Gregory M. Rose*
*500 Chrysler Drive*
*Auburn Hills MI 48326*

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Mary C Ericson

Title: Attorney

Address: 1000 Chrysler Drive
CIMS 485-13-62
Auburn Hills MI 48326

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of United States v. Aetna, Inc., et al., U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT DONNELL FORD
(Breslube-Penn Parent ID # 885)

Date: _9-15-04_

Mark W Beith

[Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:  MARK W BEITH

Title:  SECRETARY /TREASURER

Address:

DONNELL FORD
7955 MARKET STREET
YOUNGSTOWN, OHIO 44512

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of United States v. Aetna, Inc., et al., U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐  **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT DRAVO CORP. (for DRAVO COMPOSITE FUELS PILOT PLANT)
(Breslube-Penn Parent ID # 297)

Date: _September_ 13, 2004

[Names and address of Defendant's signatories]  (same as below)

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:   Kevin J. Whyte

Title:   Vice President

Address:   Dravo Corporation
11 Stanwix Street
11th Floor
Pittsburgh, Pennsylvania  15222

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of United States v. Aetna, Inc., et al., U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT DUQUESNE LIGHT
CO. (a/k/a ALLEGHENY STEAM)
(Breslube-Penn Parent ID # 1249)

Date: 9/16/04

_Charles K Blankenship_   9/16/04
[Names and address of Defendant's
signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: C. K Blankenship

Title: GM - Fuel & Environmental Services

Address: 411 Seventh Ave, MD 16-5
Pittsburgh, PA 15219

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of United States v. Aetna, Inc., et al., U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT EASTERN
ASSOCIATED COAL, CORP. (f/k/a
EASTERN COAL CO.)
(Breslube-Penn Parent ID # 2172)

Date: __Sept. 14__, 2004

[Names and address of Defendant's signatories]

Jiri Nemec - President
202 Laidley Tower
Charleston, WV 25324

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:      C T Corporation System

Title:     Registered Agent

Address:   707 Virginia Street East
           Charleston, WV  25301

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.</u>, U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☑

FOR DEFENDANT EATON CORP.
(Breslube-Penn Parent ID # 1975)

Date: 9·15·64

Lynn B. Rogozinski

[Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: LYNN B. ROGOZINSKI

Title: SENIOR ATTORNEY

Address: EATON CORPORATION
1111 SUPERIOR AVE.
CLEVELAND OH 44114

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of United States v. Aetna, Inc., et al., U.S.D.C. (W.D.Pa) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐   **Column 8 Maximum Premium Option** ☒

Date: *September 15, 2004*

FOR DEFENDANT FMC CORP.
(Breslube-Penn Parent ID # 303)

*Robert T. Forbes*

Robert T. Forbes
Director, Environment
FMC Corporation
1735 Market Street
Philadelphia, PA 19103

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: *John Stillman*

Title: *Assistant General Counsel*

Address: *FMC Corporation*
*1735 Market St.*
*Phila, PA. 19103*
*(215) 299-6989*

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT GREATER
CLEVELAND REGIONAL TRANSIT
AUTHORITY (R.T.A.)
(Breslube-Penn Parent ID # 2447)

Date: 9-21-04

[Names and address of Defendant's signatories]   Sheryl King Benford

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:     Sheryl King Benford

Title:     General Counsel, Deputy General Manager for Legal Affairs

Address:  1240 West 6th Street, Cleveland, Ohio, 44113

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of United States v. Aetna, Inc., et al., U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☒ **Column 8 Maximum Premium Option** ☐

FOR DEFENDANT GUTTMAN OIL CO.
(Breslube-Penn Parent ID # 214)

Date: _9-13-04_

[Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:   Stephen T. Lamm

Title:   Safety Director

Address: Guttman Oil Company
         200 Speers Street
         Belle Vernon, PA  15012

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.</u>, U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT HARLEY-
DAVIDSON MOTOR COMPANY
(Breslube-Penn Parent ID # 2616)

Date: _9/16/04_

_____
[Names and address of Defendant's signatories] Gail Lione

(Same as below)

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: GAIL A. LIONE

Title: VP GENERAL COUNSEL & SECRETARY.

Address: HARLEY-DAVIDSON MOTOR COMPANY
3700 West Juneau Ave
Milwaukee WI 53208

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT HYDRIL CO.
(Breslube-Penn Parent ID # 2160)

Date: _____    _____ TREASURER

[Names and address of Defendant's signatories] ANDREW W. RICKS
HYDRIL COMPANY
3300 N. SAM HOUSTON PKWY. E.

Agent Authorized to Accept Service on Behalf of Above-signed Party: HOUSTON, TX 77032

Name: Mr. Kenneth S. Komoroski

Title: Partner

Address: Kirkpatrick & Lockhart, LLP
535 Smithfield Street
Pittsburgh, PA 15222-2312

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT INDUSTRIAL
TERMINAL SYSTEMS, INC.
(Breslube-Penn Parent ID # 775)

Date: *9-17-04*

*Michael T Steimer*

[Names and address of Defendant's
signatories]   *Same as below*

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:   Michael T. Steimer

Title:   President

Address:   PO Box 4127   New Kensington, Pa   15068
 Home:   148 Shady Lane   Leechburg, Pa   15656

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.</u>, U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT INTERNATIONAL
PAPER (f/k/a HAMMERMIL PAPER CO.)
(Breslube-Penn Parent ID # 2063)

Date: 9/17/04

[Names and address of Defendant's signatories] *same as below*

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Brian E. Heim

Title: Counsel - EHS

Address: International Paper
6400 Poplar Ave
Memphis, TN 38197

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☑

$3,541.64

FOR DEFENDANT INTERNATIONAL
TRUCK & ENGINE CORP. (f/k/a
INTERNATIONAL TRUCK)
(Breslube-Penn Parent ID # 4069)

Date: _September 13, 2004_

_____
[Names and address of Defendant's
signatories]   Same as below

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:   DAVID A. PIECH

Title:   SENIOR COUNSEL

Address:   INTERNATIONAL TRUCK AND ENGINE CORPORATION
4201 WINFIELD RD
WARRENVILLE, IL 60555

DAVID.PIECH@NAV-INTERNATIONAL.COM
630-753-3039

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option**☐   **Column 8 Maximum Premium Option**☒

FOR DEFENDANT INTERNATIONAL
TRUCK & ENGINE CORP. (f/k/a
INTERNATIONAL TRUCK)
(Breslube-Penn Parent ID # 4069)

Date: _9/13/04_

_M. Juginhll_

[Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: _Mark J. Luginbill_

Title: _Manager - Corp. Real Estate_

Address: _4201 Winfield Road_
_P.O. Box 1488_
_Warrenville, IL 60555_

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☑

FOR DEFENDANT J.F. BURNS MACHINE CO., INC.
(Breslube-Penn Parent ID # 244)

Date: _9/20/04_

_____ PRES.
[Names and address of Defendant's signatories]

Donald C. Burns, Pres.
J. F. Burns Machine Co., Inc.
4583 School Rd. S.
Export, PA 15632

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Ross S. Bash Law Offices

Title: 2 W. Pittsburgh St.

Address: Delmont, PA 15626

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of United States v. Aetna, Inc., et al., U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT JOY TECHNOLOGY
(Breslube-Penn Parent ID # 2403)

Date: September 13, 2004

by: *Larry Buschling*

Larry Buschling
Senior Vice President and
Managing Director, Americas

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:   Robert W. Thomson, Esq.

Title:   Attorney

Address: Babst, Calland, Clements & Zomnir
Two Gateway Center
Pittsburgh, PA   15222
(412) 394-4500

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☑

FOR DEFENDANT KIESEL OIL (a/k/a KIESEL CO.)
(Breslube-Penn Parent ID # 2065)

Date: _9-14-04_

*Larry Gooden*

[Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: _LARRY GOODEN_

Title: _Vice President_

Address: _4801 Fyler Avenue_
_St Louis, Mo. 63116_

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

Date: 9/14/04

FOR DEFENDANT ~~THE~~ KOPPERS COMPANY, INC., (Breslube-Penn Parent ID # 2429) N/K/A BEAZER EAST, INC.

[Names and address of Defendant's signatories]   Jill M. Blundon
Suite 3000
One Oxford Centre
Pittsburgh, PA  15219

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:        Jill M. Blundon

Title:       Vice President and General Counsel

Address:     Beazer East, Inc.
c/o Three Rivers Management, Inc.
Suite 3000
One Oxford Centre
Pittsburgh, PA  15219

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT LUBRIQUIP, INC.
(a/k/a LUBIQUIP DIVISION)
(Breslube-Penn Parent ID # 900)

Date: _9/17/04_

[Names and address of Defendant's
signatories]

*Richard Morgan Pres.*
*18901 Cranwood Pkwy*
*Cleveland, OH*
*44128*

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: JEFF GACKA

Title: VICE-PRESIDENT, FINANCE

Address: 18901 CRANWOOD PARKWAY
CLEVELAND, OH 44128

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree
in the matter of United States v. Aetna, Inc., et al., U.S.D.C. (W.D.Pa.) Civil Action No.
04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☑

FOR DEFENDANT LUSTINE
CHEVROLET
(Breslube-Penn Parent ID # 2788)

Date: 9|23|04          _S̶ ̶P̶ ̶N̶b̶l̶_ , SECRETARY

[Names and address of Defendant's
signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:    Steven P. Noble

Title:    Secretary

Address:   Lustine Chevrolet
           4916 41st NW
           Washington, DC   20016

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option ☐ Column 8 Maximum Premium Option ☒**

Date: 9/14/04

FOR DEFENDANT McKEAN
OLDSMOBILE
(Breslube-Penn Parent ID # 1577)

_(signature) D. McKean - president_

[Names and address of Defendant's signatories] _Brad McKean,_

_5001 Liberty Avenue._
_Pittsburgh, PA. 15224_

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:      Arnold M. Epstein, Esquire

Title:      Counsel for Defendant, McKean

Address:   445 Fort Pitt Blvd., Ste. 500
           Pittsburgh, PA  15219

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of United States v. Aetna, Inc., et al., U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT MINE SAFETY
APPLIANCE COMPANY, INC.
(Breslube-Penn Parent ID # 1348)

Date: _September 14, 2004_

_Lauee M Bergr_

[Names and address of Defendant's
signatories]      Lawrence M. Berger

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:     Lawrence M. Berger

Title:     Director of Environmental Affairs

Address:   121 Gamma Drive
           Pittsburgh, PA   15238

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of United States v. Aetna, Inc., et al., U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT MUELLER COPPER
TUBE PRODUCTS, INC. (f/k/a
HALSTEAD INDUSTRIES, INC.)
(Breslube-Penn Parent ID # 378)

Date: _9/16/04_

[Names and address of Defendant's    Mueller Copper Tube Products, Inc
signatories]    William H. Hensley
                8285 Tournament Drive, Ste. 150
                Memphis, TN 38125

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: William H. Hensley

Title:  Vice President - Legal and Secretary
        Mueller Copper Tube Products, Inc.
Address: 8285 Tournament Drive
         Suite 150
         Memphis, TN 38125

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of United States v. Aetna, Inc., et al., U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☑

FOR DEFENDANT NEPCO
(Breslube-Penn Parent ID # 768)

Date: 9/20/04

_____

[Names and address of Defendant's signatories] Andrea B. Schry (address below)

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Andrea Schry

Title: VP + Corporate Controller

Address: PO Box 7258
New Castle PA 16101

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of United States v. Aetna, Inc., et al., U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT NEWELL
RUBBERMAID, INC., on behalf of its
former subsidiary ANCHOR HOCKING
CORP. (for PLANT #5)
(Breslube-Penn Parent ID # 261)

Date: 9-22-04

Gabriel M. Rodriguez
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:      Gabriel M. Rodriguez

Title:       Attorney

Address   Schiff Hardin LLP
            6600 Sears Tower
            Chicago, IL 60606

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☑

FOR DEFENDANT PHILIPS
ELECTRONICS NORTH AMERICA
CORP. (for NORELCO CORP.)
(Breslube-Penn Parent ID # 2277)

Date: _9/15/04_    _____ Sijze W. Bokker, Sr. VP (legal)
[Names and address of Defendant's
signatories] 1251 Avenue of the Americas
New York, NY 10020

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Philips Electronics North America Corporation
c/o CSC

Title: Registered Representative

Address: 2704 Commerce Dr.
Harrisburg, PA 17110

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.</u>, U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT PITTSBURGH BRASS
(Breslube-Penn Parent ID # 2437)

Date: _9|20|04_

_Nancy a Mayer_
[Names and address of Defendant's signatories]   Same as below

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: NANCY A. MAYER

Title: CONTROLLER

Address: PBM
1070 SANDY HILL ROAD
IRWIN PA 15642

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.</u>, U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT PITTSBURGH TUBE CO.
(Breslube-Penn Parent ID # 335)

Date: *4/20/04*

*Edward M. Cumberledge* – Edward Cumberledge
[Names and address of Defendant's signatories] Treasurer and Chief Financial Officer
PTC Alliance
6051 Wallace Road Ext., Suite 200
Wexford, PA 15090-7386

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: *Louis Naugle, Esq*

Title: *Counsel for Pittsburgh Tube Co.*

Address: *Reed Smith LLP*
*435 Sixth Ave.*
*Pittsburgh PA 15219*

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of United States v. Aetna, Inc., et al., U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☑

FOR DEFENDANT POTOMAC
ELECTRIC POWER CO. (a/k/a PEPCO)
(Breslube-Penn Parent ID # 5000)

Date: 9/16/04

William J. Sim
President
701 Ninth Street, N.W.
Suite 1000, 10th Floor
Washington, D.C. 20068

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:      Michael J. Boland

Title:      Associate General Counsel

Address:   701 Ninth Street, N.W.
           Suite 1100, 10th Floor
           Washington, D.C. 20068

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.</u>, U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT PPG INDUSTRIES, INC.
(Breslube-Penn Parent ID # 2635)

Date: _9/21/04_

_David E. Daniel_
[Names and address of Defendant's signatories] David Shavick
Vice President, Automotive Replacement Glass
One PPG Place
Pittsburgh, PA 15272

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: _Paul M. King_

Title: _Attorney_

Address: _One PPG Place_
_Pittsburgh, PA 15272_
_412-434-3703_

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT PRINCE GEORGE'S
COUNTY (for PRINCE GEORGE'S
COUNTY CENTRAL VEHICLE
MAINTENANCE and PRINCE GEORGE'S
COUNTY DEPARTMENT OF PUBLIC
WORKS)
(Breslube-Penn Parent ID # 3956)

Date: Sept. 20, 2004

_____
[Names and address of Defendant's
signatories]          County Administration Bldg., Rm 582
Jack B. Johnson        14741 Governor Oden Bowie Dr.
County Executive       Upper Marlboro, Md. 20772-3070

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:       David S. Whitacre

Title:      County Attorney

Address:    Prince George's County Office of Law
            Room 5121, County Administration Building
            Upper Marlboro, Maryland 20772

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT PRAXAIR, INC. (f/k/a
UNION CARBIDE CO.)
(Breslube-Penn Parent ID # 6413)

Date: *September 20, 2004*

_____ *T.F. T_____* *769*
[Names and address of Defendant's
signatories] *Ted Trumpp, Vice President*
*(address same as below)*

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: *RICHARD TISCH*

Title: *SENIOR GROUP COUNSEL, PRAXAIR, INC.*

Address: *39 OLD RIDGEBURY ROAD, PRAXAIR, INC.,*
*DANBURY, CT 06810-5113*

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT RYDER TRUCK (a/k/a
RYDER TRUCK RENTAL)
(Breslube-Penn Parent ID # 1033)

Date: _9/15/04_

_____
[Names and address of Defendant's
signatories]   James Barr
Group Director Env. Services
(address Same as below)

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Sanford J. Hodes

Title: Assoc. General Counsel
RYDER TRUCK RENTAL, INC.
Address: 3600 NW 82ND AVE
Miami FL 33166

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of Unite 1 States v. Aetna, Inc., et al., U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐    **Column 8 Maximum Premium Option** ☑

FOR DEFENDANT SCALISE BROS., INC.
(a/k/a SCALISE BROTHERS)
(Breslube Penn Parent ID # 1925)

Date: _9-15-04_

_William Scalise, Pres._

WILLIAM SCALISE, PRES.

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:             WILLIAM SCALISE

Title:             PRESIDENT

Address:          8 WILLOW STREET
                  CARNEGIE PA 15106

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of United States v. Aetna, Inc., et al., U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option ☐ Column 8 Maximum Premium Option ☑**

FOR DEFENDANT SKF USA, INC. (a/k/a SKF INDUSTRIES)
(Breslube-Penn Parent ID # 6410)

Date: _9/13/04_

_Timothy D. Gifford_

[Names and addresses of Defendant's signatories]
TIMOTHY D. GIFFORD
VICE PRESIDENT, GENERAL COUNSEL & SECRETARY

1111 ADAMS AVE.
NORRISTOWN, PA. 19403

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: MICHAEL A. BOGDONOFF, ESQ

Title: ATTORNEY

Address: DECHERT LLP
4000 BELL ATLANTIC TOWER
1717 ARCH ST.
Phila., PA 19103

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.</u>, U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT SPRINGFIELD TOYOTA
(Breslube-Penn Parent ID # 4788)

Date: 9/20/04

[Names and address of Defendant's signatories] (same as below)

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Michael Jennings

Title: Pres.

Address: 6570 Amherst Ave
Springfield, VA 22150



RECEIVED

SEP 2 1 2004

INFO SECTION

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of United States v. Aetna, Inc., et al., U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☑   **Column 8 Maximum Premium Option**   ☐

Date: _Sep 18 04_

FOR DEFENDANT TATE DODGE
(Breslube-Penn Parent ID # 3384)

_[signature]_

[Names and address of Defendant's signatories]   _Creston G. Tate Pres_
_Tate Dodge_
_7139 Ritchie Hwy_
_Glen Burnie Md_
_21061_

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: _Atwood B. Tate Esq_

Title: _General Counsel Tate Dodge_

Address: _4 Kuethe Rd N.L._
_Glen Burnie MD 21060_

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT THE HALL CORP.
(f/k/a STACKPOLE CO.)
(Breslube-Penn Parent ID # 2422)

Date: **9/15/04**

[Names and address of Defendant's signatories] *(ADDRESS BELOW)*

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: EMSOURCE ST. MARY'S LLC (DAVID H. CRITCHFIELD)

Title: MANAGER

Address: 111 COMMERCIAL STREET
SUITE 400
SOUTH PORTLAND, ME 04101



THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa) Civil Action No. 04-____, relating to the Breslube-Penn Superfund Site in Corapolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐**Column 8 Maximum Premium Option** ☒

                                    FOR DEFENDANT THE MAY
                                    DEPARTMENT STORES CO. (d/b/a
                                    HECHT CO.)
                                    (Breslube-Penn Parent ID #2779)

Date: 9/28/04                       _____
                                    Alan E. Charlson
                                    Senior Vice President
                                    *address same as below*

Agent Authorized to Accept Service on Behalf of Above-signed Party:


Name:        Charles R. Miller

Title:       Senior Counsel

Address:     611 Olive Street
             St. Louis, Missouri 63101

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of United States v. Aetna, Inc., et al., U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☑

FOR DEFENDANT THE GOODYEAR
TIRE & RUBBER CO., (a/k/a
GOODYEAR TIRE and GOODYEAR
SERVICE STORES and CENTERS)
(Breslube-Penn Parent ID # 6380)

Date: _September 20, 2004_

Donald E Stanley, Vice President

**Attest:**

**By:** _____
**B Bell, Assistant Secretary**

Date: _September 20, 2004_

Agent Authorized to Accept Service on Behalf of above-signed Party:

Winfred T Colbert, Attorney
The Goodyear Tire & Rubber Company
1144 East Market Street
Akron, OH 44316-0001

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.PA.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT THOMAS STEEL CO.
(f/k/a THOMAS STEEL STRIP CO.)
(Breslube-Penn Parent ID # 622)

Date: *9-15-04*

*Lou Capuane*
Louis J. Capuano
Vice President, Manufacturing
Thomas Steel Strip Corporation
Delaware Avenue, NW
Warren, OH  44485
330-841-6174

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:       Lindsay P. Howard, Esquire
            Babst, Calland, Clements & Zomnir, P.C.
            Two Gateway Center
            Pittsburgh, PA  15222
            412-394-5400

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☑

FOR DEFENDANT TIMONIUM
CHRYSLER PLYMOUTH
(Breslube-Penn Parent ID # 4711)

Date: 9-14-04 _____

_____
[Names and address of Defendant's signatories] R. Andrew White
10300 York Rd
Cockeysville, MD 21030

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: R. Andrew White

Title: VP

Address: 10300 York Rd.
Cockeysville MD 21030

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.</u>, U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☑

FOR DEFENDANT UNION ELECTRIC
STEEL CORP.
(Breslube-Penn Parent ID # 2179)

Date: _9/10/2004_

[Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:    Rose Hoover

Title:    Vice President and Corporate Secretary

Address:  Union Electric Steel Corporation
          c/o 600 Grant Street, Suite 4600
          Pittsburgh, PA 15219

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of United States v. Aetna, Inc., et al., U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option ☐ Column 8 Maximum Premium Option ☑**

FOR DEFENDANT UNITED IRON &
STEEL (a/k/a UNION IRON & METAL)
(Breslube-Penn Parent ID # 4166)

Date: _09/21/04_

_[signature] atty. for_

[Names and address of Defendant's
signatories]    _United_
    _Iron &_
    _Metal_
    _Co. Inc._

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: _Thomas M. Wood III_

Title: _attorney for United Iron & Metal Co. Inc._

Address: _One South St._
    _27th Floor_
    _Baltimore, Md. 21202_

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐  **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT VERIZON MARYLAND
INC. AND VERIZON VIRGINIA INC.
(f/k/a C & P Telephone Company
(Breslube Penn Parent ID # 6391)

Date: _9/21/04_  _____

_Same as below_

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: _David M. Feldman_

Title: _Assistant General Counsel_

Address: _Verizon Legal Department_
_1095 Ave of Americas 38th Floor_
_NY, NY 10036_

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option ☐ Column 8 Maximum Premium Option ☑**

FOR DEFENDANT VOLKSWAGEN OF AMERICA INC.
(Breslube-Penn Parent ID # 576)

Date: 9/14/04

[Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: Evelyn L. Sullen

Title: Attorney

Address: 3800 Hamlin Road
Auburn Hills, MI 48326

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.,</u> U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT WEBER VOLVO CO.
(for WEBER WHITE TRUCK)
(Breslube-Penn Parent ID # 5939)

Date: _9/15/04_

_____

[Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name:        William F. Weber III

Title:          President, Treasurer

Address:    1331 Half St. SE
                  Washington, DC  20003

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of United States v. Aetna, Inc., et al., U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option**  ☒

Date: 09/14/04

FOR DEFENDANT WESTERN AUTO
(Breslube-Penn Parent ID # 2685)
Western Auto Supply Company

By: _____
[Names and address of Defendant's signatories]
Jeffrey T. Gray
Senior Vice President, Chief Financial Officer
and Assistant Secretary

Agent Authorized to Accept Service on Behalf of Above-signed Party: (Address same as below)

Name: Eric M. Margolin

Title: Senior Vice President, General Counsel and Secretary

Address: 5673 Airport Road
Roanoke, Virginia 24012

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.</u>, U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☑

FOR DEFENDANT WOLLAM
CHEVROLET, INC.
(Breslube-Penn Parent ID # 752)

Date: 9-13-04          *Vince Prindle*

[Names and address of Defendant's signatories]

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: VINCE PRINDLE

Title: PRESIDENT

Address: 488 S. HIGH ST. (P.O. BOX 370)
CORTLAND, OHIO 44410

THE UNDERSIGNED PARTY enters into this First Round De Minimis Consent Decree in the matter of <u>United States v. Aetna, Inc., et al.</u>, U.S.D.C. (W.D.Pa.) Civil Action No. 04-_____, relating to the Breslube-Penn Superfund Site in Coraopolis, Pennsylvania.

**Payment Option Selected:**

**Column 7 Minimum Premium Option** ☐ **Column 8 Maximum Premium Option** ☒

FOR DEFENDANT YOUNGSTOWN
BUICK
(Breslube-Penn Parent ID # 799)

Date: _9/13/04_

[Names and address of Defendant's signatories]  7997 MARKET ST
YOUNGSTOWN, OH 44512

Agent Authorized to Accept Service on Behalf of Above-signed Party:

Name: DAVID H. SWEENEY

Title: PRESIDENT

Address: 7997 MARKET ST.
YOUNGSTOWN, OH 44512

# APPENDIX A

## List of Settling Defendants and Settling Federal Parties

Breslube Penn
Appendix A
List of Settling Defendants and Settling Federal Agencies

| PRP ID | PARTY NAME |
|---|---|
| 1995 | AETNA INC. (1995) |
| 5335 | AL PACKER FORD, INC.  (5335) |
| 1272 | ALCAN SHEET AND PLATE/ALCAN ALUMINUM (1272) |
| 1704 | ALLEGHENY POWER (for SPRINGDALE POWER PLANT) (1704) |
| 4996 | AMERICAN SERVICE CENTER ASSOCIATES, LLC (trading as AMERICAN SERVICE CENTER- a Mercedes-Benz Retailer) (4996) |
| 6407 | **ASHLAND, INC. (for ASHLAND CHEMICAL, INC., ASHLAND OIL, INC. and ASHLAND PETROLEUM) (6407)** |
| 2060 | AVIS RENT A CAR SYSTEM INC., (for AVIS RENTALS and AVIS TRUCK SERVICE) (2060) |
| 1534 | **BESSEMER & LAKE ERIE RAILROAD CO. (1534)** |
| 3850 | BOARD OF EDUCATION OF BALTIMORE COUNTY (a/k/a BALTIMORE COUNTY PUBLIC SCHOOLS) (3850) |
| 5652 | BOSTON METAL (5652) |
| 6379 | BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC (f/k/a FIRESTONE CO.) (6379) |
| 1917 | BROWNING-FERRIS INDUSTRIES, INC. (a/k/a BFI) (1917) |
| 1245 | BUCKEYE PIPE LINE CO. (1245) |
| 840 | BUCYRUS-ERIE CO. (840) |
| 6408 | **CATERPILLAR, INC. (a/k/a CATERPILLAR TRACTOR CO.) (6408)** |
| 837 | CCX, INC., BRAEBURN ALLOY STEEL DIVISION (837) |
| 231 | CHAMBERS DEVELOPMENT CO. (231) |
| 1289 | CONSOL ENERGY INC. (f/k/a CONSOLIDATION COAL CO.) (1289) |
| 247 | **COOPER ENERGY SERVICES (247)** |
| 1748 | CORNING, INC. (f/k/a CORNING GLASS) (1748) |
| 2050 | CROWN WRECKING CO., INC (2050) |

Breslube Penn
Appendix A
List of Settling Defendants and Settling Federal Agencies

| PRP ID | PARTY NAME |
|---|---|
| 2309 | DAIMLER CHRYSLER CORP. (for AMC JEEP PLANT) (2309) |
| 885 | DONNELL FORD (885) |
| 297 | DRAVO CORP. (for DRAVO COMPOSITE FUELS PILOT PLANT) (297) |
| 1249 | DUQUESNE LIGHT CO. (a/k/a ALLEGHENY STEAM) (1249) |
| 2172 | EASTERN ASSOCIATED COAL, CORP. (f/k/a EASTERN COAL CO.) (2172) |
| 1975 | EATON CORP. (1975) |
| 303 | FMC CORP. (303) |
| 2447 | GREATER CLEVELAND REGIONAL TRANSIT AUTHORITY (R.T.A.) (2447) |
| 214 | GUTTMAN OIL CO. (214) |
| 2616 | HARLEY-DAVIDSON MOTOR COMPANY (2616) |
| 2160 | HYDRIL CO. (2160) |
| 775 | INDUSTRIAL TERMINAL SYSTEMS, INC. (775) |
| 2063 | INTERNATIONAL PAPER (f/k/a HAMMERMIL PAPER CO.) (2063) |
| 4069 | INTERNATIONAL TRUCK & ENGINE CORP. (f/k/a INTERNATIONAL TRUCK) (4069) |
| 244 | **J.F. BURNS MACHINE CO., INC. (244)** |
| 2403 | JOY TECHNOLOGY (2403) |
| 2065 | KIESEL OIL (a/k/a KIESEL CO.) (2065) |
| 2429 | KOPPERS COMPANY, INC., (n/k/a BEAZER EAST, INC.) (2429) |
| 900 | LUBRIQUIP, INC. (a/k/a LUBIQUIP DIVISION) (900) |
| 2788 | LUSTINE CHEVROLET (2788) |

Breslube Penn
Appendix A
List of Settling Defendants and Settling Federal Agencies

| PRP ID | PARTY NAME |
|---|---|
| 1577 | McKEAN OLDSMOBILE (1577) |
| 1348 | MINE SAFETY APPLIANCE COMPANY, INC. (1348) |
| 378 | MUELLER COPPER TUBE PRODUCTS, INC. (f/k/a HALSTEAD INDUSTRIES, INC.) (378) |
| 768 | NEPCO (768) |
| 261 | NEWELL RUBBERMAID, INC., on behalf of its former subsidiary ANCHOR HOCKING CORP. (for PLANT #5) (261) |
| 2277 | PHILIPS ELECTRONICS NORTH AMERICA CORP. (for NORELCO CORP.) (2277) |
| 2437 | PITTSBURGH BRASS (2437) |
| 335 | **PITTSBURGH TUBE CO. (335)** |
| 5000 | POTOMAC ELECTRIC POWER CO. (a/k/a PEPCO) (5000) |
| 2635 | PPG INDUSTRIES, INC. (2635) |
| 6413 | **PRAXAIR, INC. (f/k/a UNION CARBIDE CO.) (6413)** |
| 3956 | PRINCE GEORGES COUNTY (for PRINCE GEORGES COUNTY CENTRAL VEHICLE MAINTENANCE and PRINCE GEORGES COUNTY DEPARTMENT OF PUBLIC WORKS) (3956) |
| 1033 | RYDER TRUCK (a/k/a RYDER TRUCK RENTAL) (1033) |
| 1925 | SCALISE BROS., INC.(a/k/a SCALISE BROTHERS) (1925) |
| 6410 | **SKF USA, INC. (a/k/a SKF INDUSTRIES) (6410)** |
| 4788 | SPRINGFIELD TOYOTA (4788) |
| 3384 | TATE DODGE (3384) |
| 6380 | THE GOODYEAR TIRE & RUBBER CO., (a/k/a GOODYEAR TIRE and GOODYEAR SERVICE STORES and CENTERS) (6380) |
| 2422 | THE HALL CORP. (f/k/a STACKPOLE CO.) (2422) |
| 2779 | THE MAY DEPARTMENT STORES CO. (d/b/a HECHT CO.) (2779) |

Breslube Penn
Appendix A
List of Settling Defendants and Settling Federal Agencies

| PRP ID | PARTY NAME |
|---|---|
| 622 | **THOMAS STEEL CO. (f/k/a THOMAS STEEL STRIP CO.) (622)** |
| 4711 | TIMONIUM CHRYSLER PLYMOUTH (4711) |
| 2179 | UNION ELECTRIC STEEL CORP. (2179) |
| 4166 | UNITED IRON & STEEL (a/k/a UNION IRON & METAL) (4166) |
| 6404, 6401, 1384, 6402, 6403, 838, 2047, 3835 | UNITED STATES OF AMERICA<br>U.S. Air Force (6404)<br>U.S. Army (6401)<br>U.S. Coast Guard (1384)<br>U.S. Navy (6402)<br>U.S. Post Office (6403)<br>Bruceton Research Center (U.S. DOE, U.S. MSHA, U.S. DHHS) (838)<br>Goddard Space Flight Center (2047)<br>U.S. (3835) |
| 6391 | VERIZON MARYLAND INC. AND VERIZON VIRGINIA INC. (f/k/a C & P Telephone Company) (6391) |
| 576 | **VOLKSWAGEN OF AMERICA INC. (576)** |
| 5939 | WEBER VOLVO CO. (for WEBER WHITE TRUCK) (5939) |
| 2685 | WESTERN AUTO (2685) |
| 752 | WOLLAM CHEVROLET, INC. (752) |
| 799 | YOUNGSTOWN BUICK (799) |

**APPENDIX B**

**Map of the Site**

Breslube Penn
Appendix B
Map of the Site





**APPENDIX C**

**First Round *DeMinimis* Settlement Payment Chart**

Breslube Penn
Appendix C
First Round De Minimis Settlement Payment Chart

Site Past Response Costs*
(Includes $1,156,873.00 in Work Group RI/FS Costs):  $5,736,524.77
Site Future Response Costs*
(Includes $65,000.00 in Work Group RI/FS Cost):  $17,300,000.00

Total Site Volume (gallons):  78,212,232.36

Payment to EPA per Gallon (Minimum Premium): $ .48 cents (.51 cents for Defendants)
Payment to EPA per Gallon (Maximum Premium): $ .59 cents (.63 cents for Defendants)
(Cost per gallon rounded to nearest hundredth)

*Defendant Parties are in bold face type*
*For these defendants, Site Past Response Costs total $6,681,639.07*
*which includes prejudgement interest*

This information does not constitute a non-binding preliminary allocation of responsibility under CERCLA section 122(e)(3). This information should not be construed as an allocation of responsibility or liability by EPA. This waste-in-lieu bla nd volumetric making is provided solely for your information. This list is preliminary and subject to revision based upon new information as, and if, sih comes available.

Sample Entry and Explanation of Cost Equations:

| PRP ID | PRP Name | Total Volume (Gallons) | % of Total Site Volume | Transporter Volume — Portion of Total Volume attributable to Shipments Made by Transporters (Transporter Name/Volume (Gallons)) | Base Share of Site Past and Future Response Costs | Total Payment to EPA (Base Share + Minimum Premium)* | Total Payment to EPA (Base Share + Maximum Premium)* |
|---|---|---|---|---|---|---|---|
| 0000 | ABC Company | 100,000.00 | 0.1278408925224390% | XYZ Shipping 17,500 | $29,450.10 | $57,879.86 | $58,929.10 |
|  | EQUATIONS USED TO CALCULATE → | Total Volume / Total Site Volume | % of Total Site Volume and Future Response Costs |  | % of Total Site Volume x Total Past and Future Response Costs | Base Share of Site Past and Future Response Costs + (50% of future response costs + 25% of past and future response costs) | Base Share of Site Past and Future Response Costs + (100% of future response costs + 25% of past and future response costs) |
|  |  | 100,000 / 78,212,232.36 = 0.0012784089252249 | 0.0012784089252249 x ($5,736,524.77 + $17,300,000.00) |  | (0.0012784089252249 x ($5,736,524.77+$17,300,000.00)) | $29,450.10 + ( .5 x (0.0012784089252249 x $17,300,000.00)) + ( .25 x (0.0012784089252249 x $23,036,524.77)) | $29,450.10 + ( .5 x (0.0012784089252249 x $17,300,000.00)) + ( .25 x (0.0012784089252249 x $23,036,524.77)) |

| PRP ID | PRP Name | Total Volume (Gallons) | % of Total Site Volume | Transporter Volume — Portion of Total Volume attributable to Shipments Made by Transporters (Transporter Name/Volume (Gallons)) | Base Share of Site Past and Future Response Costs | Total Payment to EPA (Base Share + Minimum Premium)* | Total Payment to EPA (Base Share + Maximum Premium)* |
|---|---|---|---|---|---|---|---|
| 6157 | Metro Bus | 144,944.00 | 0.1852907003257724% |  | $42,486.15 | $69,385.94 | $85,414.19 |
| 2403 | Jay Technology | 143,468.00 | 0.1834107716840939% |  | $42,251.47 | $68,679.37 | $84,546.40 |
| 1796 | Mesta Machine | 135,762.00 | 0.1735593525063130% |  | $39,982.04 | $64,990.44 | $80,063.32 |
| 324 | Petroclean | 135,658.00 | 0.1734263979789600% | Petroclean 60,416 | $39,951.42 | $64,940.65 | $79,942.04 |
| 38 | General Electric | 135,544.00 | 0.1732806593606150% | National Forge 4,305 | $39,917.84 | $69,738.68 | $84,719.46 |
| 1737 | Ropet Incorporated | 133,699.00 | 0.1709104892132490% | Ropet Incorporated 82,306 | $39,371.84 | $63,998.55 | $78,782.31 |
| 191 | Ohio River Industries | 131,009.00 | 0.1674830748847220% | Robinson Petroleum Co. 27,908 | $38,582.28 | $62,715.14 | $77,203.42 |
| 1029 | Cousins Industrial Service/Cousin's Oil Service | 127,923.00 | 0.1635370494147900% | Consol Tank Lines, Inc. 6,400 / M.T. 28,198 / C.O. 10,847 | $37,673.45 | $61,237.84 | $75,383.87 |
| 6411 | Amcast Industrial Corporation | 125,276.00 | 0.1601539561641110% |  | $36,893.91 | $64,448.31 | $78,301.62 |
| 1862 | C & M Chemical | 124,549.00 | 0.1592265532377720% | C & M Chemical 99,568 | $36,679.80 | $59,621.68 | $73,395.60 |

* Please refer to prior 3/29/04 letter, "Payment to the US" and Section VI of the final Consent Decree (Att. D) for explanation of Minimum and Maximum Premium Options.
+ Please refer to section V of final Consent Decree(Att D) for definitions of terms

Breslube Penn
Appendix C
First Round De Minimis Settlement Payment Chart

| 1 PRP ID | 2 PRP Name | 3 Total Volume (Gallons) | 4 % of Total Site Volume | 5 Transporter Volume Portion of Total Volume attributable to Shipments Made by Transporters (Transporter Name/Volume (Gallon)) | 6 Base Share of Site Past and Future Response Costs | 7 Total Payment to EPA (Base Share + Minimum Premium)* | 8 Total Payment to EPA (Base Share + Maximum Premium)* |
|---|---|---|---|---|---|---|---|
| 2136 | Midwest Oil Recovery | 123,592.50 | 0.158001755090050% | Coastal Tank Lines, Inc. 6,063 / M.O. 46,480 / B.S. 5,923 / C.O.C. 8,202 / Bill Snedegar 3,045 / Midwest Oil Recovery 5,189 / Michigan Transportation 6,213 | $ 36,399.11 | $ 59,164.79 | $ 72,831.95 |
| 2582 | C & M Waste | 122,647.00 | 0.156793019451996% | | $ 36,119.66 | $ 58,712.17 | $ 72,274.77 |
| 1909 | Dwit's Road Oil | 107,343.00 | 0.137228249603620% | Dwit's Road Oil 18,638 / J.C. 6,500 | $ 31,612.62 | $ 51,386.02 | $ 63,356.26 |
| 555 | Witco Chemical Corporation | 103,983.00 | 0.132932795271608% | Witco Chemical Corporation 5,985 | $ 30,623.10 | $ 49,777.56 | $ 61,276.24 |
| 1851 | Service Processing | 102,586.00 | 0.131146850031069% | | $ 30,211.68 | $ 49,108.80 | $ 60,453.00 |
| 2241 | McCutcheon Oil | 101,484.00 | 0.129738051367472% | | $ 29,887.14 | $ 48,581.26 | $ 59,803.51 |
| 6410 | SKF USA, Inc. | 101,420.00 | 0.129656233196258% | | $ 29,868.29 | $ 57,175.57 | $ 63,390.24 |
| 2454 | Fred's Waste Oil | 99,560.00 | 0.127278392593340% | Fred's Waste Oil 97,137 | $ 29,320.52 | $ 47,659.33 | $ 58,669.91 |
| 1932 | Oil Service | 95,141.00 | 0.121629103554736% | Oil Service 89,641 | $ 28,019.12 | $ 45,544.82 | $ 56,065.73 |
| 2537 | Sunray Oil | 93,125.75 | 0.119052789968215% | | $ 27,425.63 | $ 44,580.10 | $ 54,872.16 |
| 6356 | Sunoco, Inc. | 89,486.00 | 0.114400212446200% | Ebony Oil 200 | $ 26,353.83 | $ 42,837.91 | $ 52,727.53 |
| 576 | Volkswagen of America Inc | 87,802.00 | 0.112246860452552% | | $ 25,857.78 | $ 45,169.79 | $ 54,879.14 |
| 1066 | Consolidated Aluminum Corporation | 87,430.00 | 0.111758508243116% | | $ 25,745.28 | $ 41,848.71 | $ 51,515.82 |
| 2213 | Bethlehem Steel (Bethlehem) | 84,912.00 | 0.108552250653665% | Freddie 6,667 | $ 25,006.67 | $ 43,683.82 | $ 53,072.79 |
| 5324 | P & H RR | 83,986.00 | 0.107368451993896% | Weavertown Transport 61,445 | $ 24,733.96 | $ 40,284.82 | $ 49,492.19 |
| 2741 | CTW Disposal Limited | 83,682.35 | 0.106980263123751% | Orio's Gas and Oil Ltd 15,882 | $ 24,644.53 | $ 40,059.46 | $ 49,315.25 |
| 1851 | Chem Oil | 82,821.00 | 0.105879105996009% | C.O. 56,651 / Orio's Gas and Oil Ltd. 6,000 | $ 24,390.97 | $ 39,647.13 | $ 48,805.67 |
| 152 | Petroleum Products | 73,149.00 | 0.093514334471288% | Petroleum Products 6,398 / Orio's Gas and Oil Ltd 1,101 | $ 21,542.45 | $ 35,017.66 | $ 43,106.05 |
| 1225 | Kittinger Trucking Co. | 70,926.00 | 0.090672431430650% | | $ 20,887.78 | $ 33,952.89 | $ 41,796.05 |
| 2578 | Pennsylvania Power Co | 69,945.00 | 0.089418312278419% | | $ 20,598.87 | $ 33,483.27 | $ 41,217.96 |
| 1791 | J. M. Wagner & Sons | 67,410.00 | 0.086177545649376% | J. M. Wagner & Sons 34,115 | $ 19,852.31 | $ 32,269.75 | $ 39,724.10 |
| 8111 | U. S. Mill Service | 65,473.00 | 0.083700267561216% | U. S. Mill Service 12,891 | $ 19,281.36 | $ 31,342.49 | $ 38,582.65 |
| 1994 | Valley | 63,769.00 | 0.081511351072307% | B.O. 1,650 / B.D. 1,587 | $ 18,777.38 | $ 30,522.46 | $ 37,573.19 |
| 2748 | Karl's Waste Oil | 61,336.00 | 0.078412489837563% | Karl's Waste Oil 33,363 | $ 18,065.51 | $ 29,362.07 | $ 36,144.75 |

* Please refer to prior 3/29/04 letter, "Payment to the US" and Section VI of the final Consent Decree (Alt. D) for   explanation of Minimum and Maximum Premium Options.

+ Please refer to section V of final Consent Decree(Alt D) for definitions of terms

Breslube Penn
Appendix C
First Round De Maximis Settlement Payment Chart

| PRP ID | PRP Name | Total Volume (Gallons) | % of Total Site Volume | Transporter Volume — Portion of Total Volume attributable to Shipments Made by Transporters (Transporter Name/Volume (Gallons)) | Base Share of Site Past and Future Response Costs | Total Payment to EPA (Base Share + Minimum Premium)* | Total Payment to EPA (Base Share + Maximum Premium)* |
|---|---|---|---|---|---|---|---|
| 6408 | Caterpillar, Inc. | 60,699.00 | 0.07759814335219552% | Matlack, Inc. 30,000 | 17,875.92 | 31,226.63 | 37,938.87 |
| 1210 | Colvin Oil Service | 60,266.00 | 0.07704459228757304% | Coastal Tank Lines, Inc. 30,000 | 17,748.40 | 28,849.05 | 35,514.21 |
| 2145 | DuPont | 58,845.00 | 0.07522797320082927% | | 17,329.91 | 28,169.61 | 34,676.83 |
| 6380 | The Goodyear Tire & Rubber Co. | 57,004.00 | 0.07287442237349911% | | 16,787.73 | 27,288.31 | 33,591.94 |
| 2841 | V. Peters | 56,818.00 | 0.07263663811339915% | Coastal Tank Lines, Inc. 19,900 | 16,732.96 | 27,199.27 | 33,482.33 |
| 6362 | Citgo Petroleum Corporation | 55,595.00 | 0.07107314419749999% | | 16,372.78 | 26,613.81 | 32,761.63 |
| 1857 | Chevron Oil | 54,314.00 | 0.06944610705431419% | | 16,001.42 | 26,010.15 | 32,018.54 |
| 2423 | Owens-Illinois | 54,267.00 | 0.06933754171451519% | Weavertown Transport 54,267 | 15,981.69 | 25,976.08 | 31,979.05 |
| 848 | Dommermuth Petroleum | 52,805.00 | 0.06750766170533991% | | 15,551.42 | 25,278.69 | 31,118.10 |
| 1748 | Corning Glass | 50,237.00 | 0.06422342917649765% | | 14,794.85 | 24,048.98 | 29,604.21 |
| 2587 | Russell Burdsell Ward Bolt & Nut | 50,200.00 | 0.06417612804626943% | Russell Burdsell Ward Bolt & Nut 3,000 | 14,783.95 | 24,031.17 | 29,582.41 |
| 332 | Pittsburgh Forgings Company | 50,152.00 | 0.06411476641793535% | Three Rivers 3,000 | 14,769.81 | 24,008.19 | 29,554.12 |
| 2545 | Herberts | 49,200.00 | 0.06289771912103999% | Liquid Gold 42,200 | 14,489.45 | 23,552.46 | 28,991.12 |
| 4790 | Refinery, Pent | 48,167.00 | 0.06157712201283130% | | 14,185.23 | 23,057.95 | 28,384.38 |
| 1700 | Systems Technology Corp. | 48,000.00 | 0.06136928410779379% | Coastal Tank Lines, Inc. 6,900 | 14,136.05 | 22,978.61 | 28,285.97 |
| 2900 | Wash Tank Maintenance | 47,200.00 | 0.06034090270591119% | | 13,900.45 | 22,595.65 | 27,814.53 |
| 1975 | Eaton Corp. | 46,897.00 | 0.05995354313662482% | | 13,811.21 | 22,450.00 | 27,635.98 |
| 1534 | Hessemer & Lake Erie Rail Road Company | 46,787.00 | 0.05981291838447335% | | 13,778.82 | 22,069.60 | 27,243.42 |
| 317B | Enstake Aluminum Co. | 46,670.00 | 0.05966334454022229% | | 13,744.36 | 22,341.33 | 27,502.21 |
| 303 | FMC Corp. | 46,251.00 | 0.05912769120055329% | Coastal Tank Lines, Inc. 4,000; FMC Corp. 3,680 | 13,620.97 | 22,140.75 | 27,255.30 |
| 54 | Weavertown Transport | 44,366.00 | 0.05671780037650529% | Weavertown Transport 34,201 | 13,065.83 | 21,238.39 | 26,144.48 |
| 1913 | Weber Oil | 42,355.00 | 0.05414701002787009% | | 12,473.59 | 20,275.70 | 24,959.42 |
| 2077 | Chemical Disposal | 42,157.00 | 0.05389388500686460% | Chemical Disposal 36,015 | 12,415.28 | 20,180.92 | 24,842.74 |
| 900 | Lehigugh Division | 41,676.00 | 0.05327890703676516% | | 12,273.62 | 19,950.66 | 24,559.29 |
| 1249 | Daquene Light Co. | 44,979.00 | 0.05750155504766738% | AMO Pollution Services 4,500 | 13,246.36 | 21,511.83 | 26,505.72 |
| 6413 | Pranatt, Inc. | 45,063.34 | 0.05760937605642129% | | 13,271.20 | 23,182.86 | 28,166.07 |
| 1820 | Willis Distributing | 39,473.00 | 0.05046900275590084% | | 11,626.31 | 18,898.46 | 23,264.03 |
| 2055 | A-1 Oil | 38,788.00 | 0.04958692539160365% | | 11,423.10 | 18,568.15 | 22,857.42 |
| 297 | Drake Cinemosite Fuels Pilot Plant | 38,000.00 | 0.04858104483985385% | | 11,193.69 | 18,195.24 | 22,398.36 |
| 1222 | Penn Electric | 37,990.00 | 0.04856575956927245% | | 11,188.09 | 18,186.14 | 22,387.16 |
| 335 | Pittsburgh Tube Company | 36,585.00 | 0.04677050925293439% | | 10,774.32 | 18,821.71 | 22,866.83 |

* Please refer to prior 3/29/04 letter, "Payment to the US" and Section VI of the final Consent Decree (Alt. D) for   explanation of Minimum and Maximum Premium Options.
+Please refer to section V of final Consent Decree(Alt D) for definitions of terms

Breslube Penn
Appendix C
First Round De Minimis Settlement Payment Chart

| PRP ID | PRP Name | Total Volume (Gallons) | % of Total Site Volume | Transporter Volume / Portion of Total Volume attributable to Shipments Made by Transporters (Transporter Name/Volume (Gallons)) | Base Share of Site Past and Future Response Costs | Total Payment to EPA (Base Share + Minimum Premium)* | Total Payment to EPA (Base Share + Maximum Premium)+ |
|---|---|---|---|---|---|---|---|
| 4047 | Solvex | 36,353.00 | 0.0464739996586822% | | $ 10,705.99 | $ 17,402.49 | $ 21,422.49 |
| 6326 | Environmental Michigan Trans. | 35,098.00 | 0.0448695964572256% | | $ 10,336.40 | $ 16,881.71 | $ 20,682.93 |
| 1996 | National Waste Oil | 34,824.00 | 0.0445193124120141% | | $ 10,255.70 | $ 16,670.55 | $ 20,511.47 |
| 1797 | Modulax Corp. | 33,977.00 | 0.0434365005234491% | | $ 10,006.26 | $ 16,265.08 | $ 20,022.34 |
| 2006 | Ohio Edison | 33,400.00 | 0.0426988581024946% | | $ 9,836.33 | $ 15,988.87 | $ 19,682.32 |
| 238 | General Oil Company Inc. | 32,469.33 | 0.0415090812680560% | | $ 9,562.25 | $ 15,543.35 | $ 19,133.88 |
| 6362 | Onis's Mainland | 32,427.50 | 0.0414556054227139% | | $ 9,549.93 | $ 15,523.32 | $ 19,109.23 |
| 2240 | Port Authority Transit of Pittsburgh | 31,988.00 | 0.0408937447000777% | Covert 6,232 | $ 9,420.50 | $ 15,312.93 | $ 18,850.24 |
| 2310 | Pierce Oil | 31,618.00 | 0.0404207333977447% | | $ 9,311.53 | $ 15,135.81 | $ 18,632.29 |
| 187 | Matlack, Inc. | 31,031.00 | 0.0396703073566380% | Matlack, Inc. 2,106 | $ 9,138.66 | $ 14,854.81 | $ 18,386.29 |
| 2042 | City of Wellsville | 30,624.00 | 0.0391499949262671% | | $ 9,018.80 | $ 14,659.97 | $ 18,046.45 |
| 247 | Cooper Energy Services | 30,582.00 | 0.0390963017512123% | | $ 9,006.43 | $ 15,732.93 | $ 19,114.76 |
| 337 | Braeburn Steel | 30,517.00 | 0.0390132051710727% | | $ 8,987.29 | $ 14,608.25 | $ 17,983.39 |
| 3002 | Giant Food | 30,319.00 | 0.0387600802038782% | | $ 8,928.98 | $ 14,513.97 | $ 17,866.71 |
| 366 | New Era Oil Service, Inc. | 30,313.00 | 0.0387524097503126% | | $ 8,927.21 | $ 14,511.09 | $ 17,863.18 |
| 622 | Thomas Steel Strip | 30,136.00 | 0.0385361313370562% | | $ 8,875.08 | $ 15,503.48 | $ 18,835.99 |
| 2441 | Onis's Gas and Oil Ltd. | 30,100.00 | 0.0384801086492541% | Onis's Gas and Oil Ltd. 22,600 | $ 8,864.48 | $ 14,499.13 | $ 17,731.66 |
| 570 | Van Huffel Tube Corporation | 30,000.00 | 0.0383522675673117% | | $ 8,835.03 | $ 14,361.26 | $ 17,678.73 |
| 2147 | Ted Mackinen | 29,672.00 | 0.0379329496292581% | | $ 8,738.43 | $ 14,204.24 | $ 17,485.44 |
| 6290 | Onis Chem Oil | 29,212.00 | 0.0373448152365548% | Ebony Oil 125 | $ 8,602.96 | $ 13,984.04 | $ 17,214.37 |
| 6360 | Autocon Transmissions, Inc. | 28,825.00 | 0.0368501372605930% | Environmental Waste 130 | $ 8,488.99 | $ 13,798.78 | $ 16,986.31 |
| 846 | Damco Sales and Service, Inc. | 28,208.00 | 0.0360611589627296% | Supersucker 1,800 | $ 8,307.28 | $ 13,503.41 | $ 16,632.72 |
| 2829 | Montgomery Wards | 27,680.00 | 0.0353861590521111% | | $ 8,151.79 | $ 13,250.65 | $ 16,311.57 |
| 2445 | Gil Damley | 27,443.00 | 0.0350833761349329% | Gil Damley 25,848 | $ 8,081.99 | $ 13,137.20 | $ 16,171.91 |
| 5965 | City Garage | 27,383.00 | 0.0349811034201150% | | $ 8,058.43 | $ 13,098.90 | $ 16,124.77 |
| 2434 | J. F. Huckenstein | 27,100.00 | 0.0346448818735899% | J. F. Huckenstein 15,800 | $ 7,980.98 | $ 12,973.00 | $ 15,969.79 |
| 2070 | Ecology Chemical | 26,409.00 | 0.0337615013062509% | Matlack, Inc. 6,500 | $ 7,777.48 | $ 12,642.22 | $ 15,562.59 |
| 840 | Bucyrus-Erie Company | 26,374.00 | 0.0337167569938680% | | $ 7,767.17 | $ 12,635.46 | $ 15,541.96 |

* Please refer to prior 3/29/04 letter, "Payment to the US" and Section VI of the final Consent Decree (Att. D) for   explanation of Minimum and Maximum Premium Options.
+Please refer to section V of final Consent Decree(Att D) for definitions of terms

Breslube Penn
Appendix C
First Round De Minimis Settlement Payment Chart

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| PRP ID | PRP Name | Total Volume (Gallons) | % of Total Site Volume | Transporter Volume — Portion of Total Volume attributable to Shipments Made by Transporters (Transporter Name/Volume (Gallons)) | Base Share of Site Past and Future Response Costs | Total Payment to EPA (Base Share + Minimum Premium)* | Total Payment to EPA (Base Share + Maximum Premium)+ |
| 1860 | Sea Fox Oil | 26,342.00 | 0.0313675847908269678% | | $ 7,757.75 | $ 12,610.14 | $ 15,523.10 |
| 1884 | Erietz Tank Cleaning | 25,360.00 | 0.0302420450345690503% | | $ 7,468.55 | $ 12,140.05 | $ 14,844.42 |
| 2455 | I.L Baltimore | 25,079.00 | 0.0301296121743570240% | | $ 7,385.79 | $ 12,005.53 | $ 14,778.83 |
| 1741 | Environmental Oil | 24,789.00 | 0.0316004788473874% | Ropet Incorporated 6,685 | $ 7,300.39 | $ 11,866.71 | $ 14,697.93 |
| 6020 | Harford Division | 24,620.00 | 0.0314744277390245% | | $ 7,250.61 | $ 11,785.81 | $ 14,598.34 |
| 6404 | U.S. Air Force | 24,478.00 | 0.0311292893671642% | | $ 7,208.80 | $ 11,717.83 | $ 14,424.66 |
| 3936 | Abbey Drum Co | 24,400.00 | 0.0311931777754751% | | $ 7,185.82 | $ 11,680.49 | $ 14,378.70 |
| 2063 | Hammermill Paper | 23,328.00 | 0.0296273734076345% | | $ 6,870.12 | $ 11,167.31 | $ 13,746.98 |
| 2090 | Penn Alto Sanitation | 23,321.00 | 0.0290813772454515803% | | $ 6,868.05 | $ 11,163.76 | $ 13,742.85 |
| 2116 | Chem Reclaim | 22,119.00 | 0.0282771270170383% | | $ 6,514.07 | $ 10,588.56 | $ 13,034.53 |
| 1245 | Buckeye Pipeline | 22,008.00 | 0.0281352236263383% | Reserve Petroleum Company 7,608 | $ 6,481.38 | $ 10,535.42 | $ 12,969.12 |
| 1963 | Ball Chemical | 21,800.00 | 0.0278693114569891% | AMO Pollution Services 9,300 | $ 6,420.12 | $ 10,435.85 | $ 12,846.54 |
| 1967 | Heppenstall Oil | 21,186.00 | 0.0270843714898603% | | $ 6,239.30 | $ 10,141.92 | $ 12,484.72 |
| 4530 | National Transmission | 20,837.00 | 0.0266382067749006% | | $ 6,136.52 | $ 9,974.85 | $ 12,279.06 |
| 2338 | Boswell Oil Co. | 20,653.00 | 0.0264025795326593% | | $ 6,082.33 | $ 9,886.77 | $ 12,170.63 |
| 2425 | Northern Hills | 20,435.00 | 0.0261242863696604% | | $ 6,018.13 | $ 9,782.41 | $ 12,042.16 |
| 6303 | Shenandoah Truck | 20,212.69 | 0.0258400632987937% | | $ 5,952.66 | $ 9,675.99 | $ 11,911.16 |
| 2134 | Dake Lindsay | 19,453.00 | 0.0248668888225900% | | $ 5,728.91 | $ 9,312.32 | $ 11,463.48 |
| 3988 | Bill & Earl's Auto | 19,319.00 | 0.0246975820264100% | | $ 5,689.46 | $ 9,248.17 | $ 11,384.51 |
| 2429 | Koppers | 19,213.00 | 0.0245620706603362% | | $ 5,658.25 | $ 9,197.43 | $ 11,322.05 |
| 673 | Speedy Oil Company | 18,458.00 | 0.0235596871941791% | | $ 5,435.90 | $ 8,836.00 | $ 10,877.13 |
| 5769 | Rosenthal Chevrolet | 18,197.00 | 0.0232603207213082% | | $ 5,359.03 | $ 8,711.06 | $ 10,723.33 |
| 2639 | Pennsylvania Electric | 18,014.00 | 0.0230292583739921% | | $ 5,305.14 | $ 8,623.46 | $ 10,615.49 |
| 1027 | Michigan Transportation Co | 17,952.00 | 0.0229499907025628% | | $ 5,286.88 | $ 8,593.78 | $ 10,578.95 |
| 409 | Industrial Waste Disposal | 17,841.00 | 0.0228080936349283% | Cosalti Tank Lines, Inc. 10,621 | $ 5,254.19 | $ 8,540.64 | $ 10,513.54 |
| 1897 | Abe Coal | 17,760.00 | 0.0227045425119851% | | $ 5,230.34 | $ 8,501.86 | $ 10,465.81 |
| 4520 | Errine Auto | 17,620.00 | 0.0225255562624537% | | $ 5,189.11 | $ 8,434.85 | $ 10,383.31 |
| 2242 | Seaman Oil | 17,540.00 | 0.0224237925484358% | | $ 5,165.55 | $ 8,396.55 | $ 10,336.16 |
| 2047 | U.S. | 17,494.50 | 0.0223651249423381% | | $ 5,152.15 | $ 8,374.77 | $ 10,309.35 |
| 281 | R & E Waste | 17,319.00 | 0.0221407441759612% | | $ 5,100.46 | $ 8,290.75 | $ 10,205.93 |
| 244 | J. F. Burns Machine Co., Inc. | 17,008.00 | 0.0217417900021641% | | $ 5,008.87 | $ 8,749.71 | $ 10,630.56 |

* Please refer to prior 3/29/04 letter, "Payment to the US" and Section VI of the final Consent Decree (Att. D) for   explanation of Minimum and Maximum Premium Options.
+ Please refer to section V of final Consent Decree(Att.D) for definitions of terms

Breslube Penn
Appendix C
First Round De Minimis Settlement Payment Chart

| PRP ID | PRP Name | Total Volume (Gallons) | % of Total Site Volume | Transporter Volume Portion of Total Volume attributable to Shipments Made by Transporters (Transporter Name/Volume (Gallons)) | Base Share of Site Past and Future Response Costs | Total Payment to EPA (Base Share + Minimum Premium)* | Total Payment to EPA (Base Share + Maximum Premium)* |
|---|---|---|---|---|---|---|---|
| 2065 | Kieeel Oil | 16,997.00 | 0.0217291650203899% | Kieeel Oil 11,290; Kieeel Co 5,707 | $5,005.63 | $8,136.61 | $10,016.18 |
| 1905 | Luther Trucks | 16,812.00 | 0.0214926108509724% | | | $8,048.05 | $9,907.16 |
| 6395 | Merchent's Inc. | 16,765.00 | 0.0214325525513869% | | $4,951.15 | $8,025.55 | $9,879.46 |
| 5652 | Boston Metal | 16,275.00 | 0.0208061052586269% | | $4,937.31 | $7,790.98 | $9,599.71 |
| 6077 | Signature Flight Support Co. (Page Airways/Butler) (Aviation) | 16,210.00 | 0.0207230086717873% | | $4,793.00 | $7,759.87 | $9,552.41 |
| 2300 | AMC Jeep Plant | 16,136.00 | 0.0206284064174207% | | $4,773.86 | $7,724.44 | $9,508.89 |
| 4996 | American Servicenter | 15,961.00 | 0.0204046848555065% | Peloquin Ind. 200 | $4,752.07 | $7,640.67 | $9,495.67 |
| 1299 | Wallover Oil | 15,959.00 | 0.0204021280376560% | | $4,700.53 | $7,639.71 | $9,404.49 |
| 1384 | Coast Guard | 15,890.00 | 0.0203119178218155% | | $4,699.94 | $7,606.68 | $9,363.81 |
| 2113 | Chemdyne | 15,866.00 | 0.0202823360070102% | | $4,679.62 | $7,595.19 | $9,349.69 |
| 1934 | C & C Welding | 15,600.00 | 0.0199431792335005% | | $4,672.55 | $7,467.85 | $9,192.94 |
| 2790 | Mark-it Tire | 15,160.00 | 0.0193806793064017% | | $4,594.22 | $7,257.22 | $8,933.65 |
| 2437 | Pittsburgh Brass | 14,800.00 | 0.0189204520331210% | | $4,464.63 | $7,084.89 | $8,721.51 |
| 171 | J Kalmetals, Inc. | 14,388.00 | 0.0183937547616285% | Coastal Tank Lines, Inc. 6,000 | $4,358.61 | $6,887.66 | $8,478.72 |
| 1917 | DPI | 14,296.00 | 0.0182761339950079% | Covert 5,400 | $4,237.28 | $6,843.62 | $8,424.59 |
| 6262 | Condco Hamilton | 14,170.00 | 0.0181150544704296% | Coastal Tank Lines, Inc. 14,170 | $4,210.19 | $6,783.30 | $8,350.25 |
| 2036 | Max Grcdy & Sons | 14,160.00 | 0.0181022703811773% | | $4,173.08 | $6,778.51 | $8,344.36 |
| 5580 | Morris Ford | 14,155.00 | 0.0180959878233651% | | $4,170.13 | $6,776.12 | $8,341.41 |
| 1284 | Westville Oil & MFG. Co. | 13,750.00 | 0.0175812272185535% | | $4,168.66 | $6,592.24 | $8,102.75 |
| 3426 | Kerr's Automotive Transmission Spec. | 13,700.00 | 0.0175140222755741% | | $4,049.39 | $6,558.31 | $8,073.29 |
| 6317 | Herbert's Liquid Gold | 13,134.50 | 0.0167912620835977% | | $4,034.66 | $6,287.60 | $7,740.84 |
| 1734 | Ohio Barge Line | 12,946.50 | 0.0166148415966788% | | $3,868.12 | $6,211.54 | $7,658.72 |
| 1348 | M.S.A. | 12,833.50 | 0.0164056609418672% | | $3,827.48 | $6,143.51 | $7,562.67 |
| | | | | | $3,779.48 | | |
| 2743 | Do-Lee Excavating | 12,500.00 | 0.0159801115653049% | Ono's Gas and Oil Ltd. 12,500 | $3,681.26 | $5,983.86 | $7,366.14 |
| 2080 | Tri-City Oil | 12,220.00 | 0.0157499979876545% | | $3,628.25 | $5,897.69 | $7,260.06 |
| 2424 | Ohio Waste | 12,263.00 | 0.0156771286500267% | | $3,611.47 | $5,870.40 | $7,226.48 |
| 2044 | J & J Oil | 12,072.00 | 0.0154329325463088% | Coastal Tank Lines, Inc. 6,000 | $3,555.22 | $5,778.97 | $7,113.92 |
| 2115 | St. Joe Zinc | 12,000.00 | 0.0153409071026927% | | $3,534.01 | $5,744.50 | $7,071.49 |
| 453 | Diggs Stantion Inc | 12,000.00 | 0.0153409071026927% | | $3,534.01 | $5,744.50 | $7,071.49 |
| 4556 | B W & S | 11,942.00 | 0.0152667593350297% | | $3,516.93 | $5,716.74 | $7,037.31 |
| 2625 | 40 West Volkswagen | 11,823.00 | 0.0151146287229279% | | $3,481.89 | $5,659.77 | $6,967.19 |
| 3956 | Prince George Co. Central Vehicle Maintenance | 11,415.00 | 0.0145930378814364% | | $3,361.73 | $5,464.46 | $6,726.76 |
| 6379 | Bridgestone America Holding, Inc. | 11,066.00 | 0.0144468731665331% | | $3,258.95 | $5,297.39 | $6,531.09 |
| 2540 | Kinmel Tire | 11,007.00 | 0.0140714037039948% | Peloquin Ind. 55 | $3,241.57 | $5,269.15 | $6,486.33 |

* Please refer to prior 3/28/04 letter, "Payment to the US" and Section VI of the final Consent Decree (Att. D) for   explanation of Minimum and Maximum Premium Options.

+ Please refer to section V of final Consent Decree(Att D) for definitions of terms

Breslube Penn
Appendix C
First Round De Minimis Settlement Payment Chart

| PRP ID | PRP Name | Total Volume (Gallons) | % of Total Site Volume | Transporter Volume / Portion of Total Volume attributable to Shipments Made by Transporters (Transporter Name/Volume (Gallons)) | Base Share of Site Past and Future Response Costs | Total Payment to EPA (Base Share + Minimum Premium)* | Total Payment to EPA (Base Share + Maximum Premium)+ |
|---|---|---|---|---|---|---|---|
| 6407 | Ashland Chemical, Inc. | 11,000.00 | 0.0140629981774683% | | $ 3,239.51 | $ 5,658.96 | $ 6,875.36 |
| 2345 | R. R. Warehouse | 10,650.00 | 0.0136150535639376% | M.T. 3,550 | $ 3,136.44 | $ 5,098.25 | $ 6,275.95 |
| 5707 | Harbor Towing | 10,605.00 | 0.0135572665200046% | | $ 3,123.18 | $ 5,076.70 | $ 6,249.43 |
| 2159 | Ace - Midway | 10,500.00 | 0.0134232937148561% | | $ 3,092.26 | $ 5,026.44 | $ 6,187.56 |
| 2094 | MA Bronstein | 10,477.00 | 0.0133938003095759% | MA Bronstein 2,601 | $ 3,085.49 | $ 5,015.43 | $ 6,174.00 |
| 6391 | Verizon Communications | 10,412.00 | 0.0133107932294363% | | $ 3,066.34 | $ 4,984.31 | $ 6,135.70 |
| 2928 | Shelby Ford | 10,251.00 | 0.0131049699247525% | | $ 3,018.93 | $ 4,907.24 | $ 6,040.82 |
| 1735 | Refinera Transport & Terminal Corporation | 10,193.00 | 0.0130308221748122% | | $ 3,001.85 | $ 4,879.48 | $ 6,006.64 |
| 2426 | Nationwide | 10,193.00 | 0.0130308221748122% | Weavertown Transport 2,004 | $ 3,001.85 | $ 4,879.48 | $ 6,006.64 |
| 378 | Haloeral Ind | 10,035.00 | 0.0128283356462672% | | $ 2,955.32 | $ 4,803.84 | $ 5,913.53 |
| 2744 | Ontario Waste Oil | 10,000.00 | 0.0127840892522439% | Orio's Gas and Oil Ltd. 5,000 | $ 2,945.01 | $ 4,787.09 | $ 5,892.91 |
| 1272 | Alcan Sheet and Plate/Alcan Aluminum | 9,981.00 | 0.0127597994826446% | | $ 2,939.41 | $ 4,777.99 | $ 5,881.71 |
| 4575 | Potts & Callahan | 9,670.00 | 0.0123622143069198% | | $ 2,847.82 | $ 4,629.11 | $ 5,698.44 |
| 2o1 | Anchor Hocking Corporation, Plant #5 | 9,607.00 | 0.0122816745446307% | | $ 2,829.27 | $ 4,598.95 | $ 5,661.33 |
| 4087 | Bethesda Ford | 9,605.00 | 0.0122791177267803% | | $ 2,828.68 | $ 4,598.00 | $ 5,660.14 |
| 1033 | Ryder Truck | 9,473.00 | 0.0121103677486506% | | $ 2,789.81 | $ 4,534.81 | $ 5,583.35 |
| 6316 | Ravenswood | 9,401.25 | 0.0120186419082658% | | $ 2,768.68 | $ 4,500.46 | $ 5,540.87 |
| 2198 | Bakerstown | 9,352.00 | 0.0119556802686695% | | $ 2,754.17 | $ 4,476.88 | $ 5,511.05 |
| 1900 | Duke Center | 9,231.00 | 0.0118009927887463% | | $ 2,718.54 | $ 4,418.96 | $ 5,439.75 |
| 5766 | Olmstead Olds | 9,091.00 | 0.0116220155392149% | | $ 2,677.31 | $ 4,351.94 | $ 5,357.24 |
| 3778 | K-Mart | 9,007.00 | 0.0115146291949661% | | $ 2,652.57 | $ 4,311.73 | $ 5,307.74 |
| 1987 | NuPak Oil | 9,000.00 | 0.0115056803703957% | | $ 2,650.51 | $ 4,308.38 | $ 5,303.62 |
| 2182 | Wagner | 8,925.00 | 0.0114097996762377% | Wagner 4,150 | $ 2,628.42 | $ 4,272.47 | $ 5,259.42 |
| 3130 | Benson Motor Cars | 8,780.00 | 0.0112244303634701% | | $ 2,585.72 | $ 4,203.06 | $ 5,173.97 |
| 5235 | Ameostiu Chrysler-Plymouth | 8,657.00 | 0.0110671860656075% | | $ 2,549.50 | $ 4,144.18 | $ 5,101.49 |
| 1523 | Bob Smith Ford | 8,608.00 | 0.0110045440283315% | | $ 2,535.06 | $ 4,120.72 | $ 5,072.62 |
| 2332 | Alcoa | 8,607.00 | 0.0110032656794063% | Petroleum Recycling 6,080 | $ 2,534.77 | $ 4,120.24 | $ 5,072.03 |
| 2447 | RTA | 8,600.00 | 0.0109943165756929% | | $ 2,532.71 | $ 4,116.89 | $ 5,067.90 |
| 2929 | Pfizer Medical Center | 8,570.00 | 0.0109559644891730% | | $ 2,523.87 | $ 4,102.53 | $ 5,050.21 |
| 2978 | Stidham Tire | 8,240.00 | 0.0105340854384049% | | $ 2,426.69 | $ 3,944.56 | $ 4,855.76 |
| 6086 | Springfield Garage | 8,125.00 | 0.0103870725174482% | | $ 2,392.82 | $ 3,889.51 | $ 4,787.99 |

* Please refer to prior 3/29/04 letter, "Payment to be the US" and Section VI of the final Consent Decree (Att. D) for   explanation of Minimum and Maximum Premium Options.

+ Please refer to section V of final Consent Decree/Att.D) for definitions of terms

Breslube Penn
Appendix C
First Round De Minimis Settlement Payment Chart

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| PRP ID | PRP Name | Total Volume (Gallons) | % of Total Site Volume | Transporter Volume — Portion of Total Volume attributable to Shipments Made by Transporters (Transporter Name/Volume (Gallons)) | Base Share of Site Past and Future Response Costs | Total Payment to EPA (Base Share + Minimum Premium)* | Total Payment to EPA (Base Share + Maximum Premium)+ |
| 4122 | Chevy Chase Chevrolet | 8,107.00 | 0.0103640611567941% | | $ 2,387.52 | $ 3,880.89 | $ 4,777.38 |
| 775 | Industrial Terminal System | 8,000.00 | 0.0102272740179515% | | $ 2,356.01 | $ 3,839.67 | $ 4,714.33 |
| 1271 | Arco | 7,867.00 | 0.0100573240147403% | | $ 2,316.84 | $ 3,766.80 | $ 4,635.95 |
| 5263 | Gill Cat Line | 7,845.00 | 0.0100291180183853% | | $ 2,310.36 | $ 3,755.47 | $ 4,622.99 |
| 3172 | Eastern Coal | 7,814.00 | 0.0099894873417034% | | $ 2,301.23 | $ 3,740.63 | $ 4,604.72 |
| 6122 | Schaefer & Strohminger | 7,735.00 | 0.0098875789647358% | | $ 2,275.02 | $ 3,698.02 | $ 4,552.27 |
| 4130 | Courtesy AMC Jeep | 7,293.00 | 0.0093234362916615% | | $ 2,147.80 | $ 3,491.22 | $ 4,297.70 |
| 2541 | Country Kitchen | 7,220.00 | 0.0092301124012015% | | $ 2,126.30 | $ 3,456.28 | $ 4,254.68 |
| 4147 | Sonny's Trans. | 7,130.00 | 0.0091159556368499% | | $ 2,099.79 | $ 3,413.19 | $ 4,201.64 |
| 1710 | Henshaw Grass | 7,124.00 | 0.0091007385183298866% | | $ 2,098.03 | $ 3,410.32 | $ 4,198.11 |
| 1473 | Union Oil | 7,000.00 | 0.0089488624765707% | | $ 2,061.51 | $ 3,350.96 | $ 4,125.04 |
| 2245 | Hazelton Oil | 7,000.00 | 0.0089488624765707% | H. O. C.   7,000 | $ 2,061.51 | $ 3,350.96 | $ 4,125.04 |
| 6308 | Sears, Roebuck and Co. | 6,995.00 | 0.0089422470431944% | | $ 2,060.03 | $ 3,348.57 | $ 4,122.09 |
| 2024 | Mummingheo | 6,890.00 | 0.0088082374047960% | M. T.   6,890 | $ 2,029.11 | $ 3,298.30 | $ 4,060.21 |
| 2779 | Hecht Co. Service | 6,885.00 | 0.0088018454501099% | | $ 2,027.64 | $ 3,295.91 | $ 4,057.27 |
| 1900 | Buck-eye Lake | 6,855.00 | 0.0087634501699% | | $ 2,018.81 | $ 3,281.58 | $ 4,039.57 |
| 2225 | Davidson Sand & Gravel | 6,715.00 | 0.0085845159328418% | | $ 1,977.57 | $ 3,214.53 | $ 3,957.09 |
| 6401 | U.S. Army | 6,676.00 | 0.0085346579847980% | | $ 1,966.09 | $ 3,195.86 | $ 3,934.11 |
| 4711 | Trimonium Chrysler Plymouth | 6,641.00 | 0.0084899136724152% | | $ 1,955.78 | $ 3,179.10 | $ 3,913.48 |
| 834 | Bowman Oil | 6,634.00 | 0.0084809649099386% | | $ 1,953.72 | $ 3,175.75 | $ 3,909.36 |
| 2440 | United Oil | 6,600.00 | 0.0084374989064810% | | $ 1,943.71 | $ 3,159.48 | $ 3,889.32 |
| 1938 | MetPr Putman | 6,589.00 | 0.0084234364083035% | | $ 1,940.47 | $ 3,154.21 | $ 3,882.84 |
| 4243 | Johnson Towers | 6,575.00 | 0.0084055336833504% | | $ 1,936.34 | $ 3,147.51 | $ 3,874.59 |
| 3017 | Kane Transfer | 6,543.00 | 0.0083646259977432% | | $ 1,926.92 | $ 3,132.19 | $ 3,855.73 |
| 4990 | Baltimore Fire CO. | 6,525.00 | 0.0083416823708091% | | $ 1,921.62 | $ 3,123.55 | $ 3,845.12 |
| 790 | Youngstown Buick | 6,500.00 | 0.0083096580139585% | Homan   1,800 | $ 1,914.26 | $ 3,111.61 | $ 3,830.39 |
| 6200 | North Canton Drain & Sew. | 6,500.00 | 0.0083096580139585% | | $ 1,914.26 | $ 3,111.61 | $ 3,830.39 |
| 1289 | Consolidation Coal | 6,500.00 | 0.0083096580139585% | | $ 1,914.26 | $ 3,111.61 | $ 3,830.39 |
| 6346 | Peerless Welding | 6,494.00 | 0.0083092034715499% | | $ 1,909.54 | $ 3,103.95 | $ 3,820.96 |
| 2322 | Linewood Corp. | 6,450.00 | 0.0082457275676973% | Covert   6,450 | $ 1,899.53 | $ 3,087.67 | $ 3,800.93 |
| 2616 | Harley Davidson | 6,350.00 | 0.0081178966751749% | | $ 1,870.08 | $ 3,039.80 | $ 3,742.00 |
| 4138 | Fike Chemical West Virginia | 6,345.00 | 0.0081115946305488% | | $ 1,868.61 | $ 3,037.41 | $ 3,739.05 |
| 5350 | Walcraft Transmission | 6,265.00 | 0.0080092319163308% | | $ 1,845.05 | $ 2,999.11 | $ 3,691.91 |

* Please refer to prior 3/29/04 letter, "Payment to the US" and Section VI of the final Consent Decree (Att. D) for    explanation of Minimum and Maximum Premium Options.

+Please refer to section V of final Consent Decree(Att D) for definitions of terms

Breslube Penn
Appendix C
First Round De Minimis Settlement Payment Chart

| PRP ID | PRP Name | Total Volume (Gallons) | % of Total Site Volume | Transporter Volume — Portion of Total Volume attributable to Shipments Made by Transporters (Transporter Name/Volume (Gallons)) | Base Share of Site Past and Future Response Costs | Total Payment to EPA (Base Share + Minimum Premium)* | Total Payment to EPA (Base Share + Maximum Premium)+ |
|---|---|---|---|---|---|---|---|
| 6332 | City of Avon Lake | 6,213.00 | 0.0079427546524191% | | $ 1,829.73 | $ 2,974.22 | $ 3,661.26 |
| 2574 | Ironside | 6,197.00 | 0.0079223801096155% | | $ 1,825.02 | $ 2,966.56 | $ 3,651.84 |
| 7150 | Environmental Chemical | 6,185.00 | 0.0079069592025128% | | $ 1,821.49 | $ 2,960.81 | $ 3,644.76 |
| 2346 | Michigan Petroleum | 6,150.00 | 0.0078622148901300% | M.T.   2,050 | $ 1,811.18 | $ 2,944.06 | $ 3,624.14 |
| 2446 | Perry | 6,100.00 | 0.0077983944436688% | | $ 1,796.46 | $ 2,920.12 | $ 3,594.67 |
| 16751 | Ludlow Steel Corporation | 6,100.00 | 0.0077983944436688% | | $ 1,796.46 | $ 2,920.12 | $ 3,594.67 |
| 2907 | Shayne Brothers Inc | 6,090.00 | 0.0077851035461655% | | $ 1,793.51 | $ 2,915.34 | $ 3,588.78 |
| 2347 | Keenan | 6,021.00 | 0.0076973001387760% | Coastal Tank Lines, Inc.   6,021 | $ 1,773.19 | $ 2,882.30 | $ 3,548.12 |
| 4069 | International Truck | 6,010.00 | 0.0076832376405986% | | $ 1,769.95 | $ 2,877.64 | $ 3,541.64 |
| 2230 | Zimmerman Awning | 6,000.00 | 0.0076704535513463% | Coastal Tank Lines, Inc.   6,000 | $ 1,767.01 | $ 2,872.25 | $ 3,535.75 |
| 1712 | Youngstown Sheet & Tube Co. | 6,000.00 | 0.0076704535513463% | | $ 1,767.01 | $ 2,872.25 | $ 3,535.75 |
| 2211 | Recycling Engineering | 6,000.00 | 0.0076704535513463% | | $ 1,767.01 | $ 2,872.25 | $ 3,535.75 |
| 2243 | R. N. E. | 6,000.00 | 0.0076704535513463% | | $ 1,767.01 | $ 2,872.25 | $ 3,535.75 |
| 2137 | Patio Liquid | 6,000.00 | 0.0076704535513463% | | $ 1,767.01 | $ 2,872.25 | $ 3,535.75 |
| 7575 | National Lubricants | 6,000.00 | 0.0076704535513463% | | $ 1,767.01 | $ 2,872.25 | $ 3,535.75 |
| 2154 | Mineral Reclaim | 6,000.00 | 0.0076704535513463% | | $ 1,767.01 | $ 2,872.25 | $ 3,535.75 |
| 2427 | Myer Lewis | 5,990.00 | 0.0076576694620941% | | $ 1,764.06 | $ 2,867.46 | $ 3,529.85 |
| 5062 | Joe Grimmes Ford | 5,990.00 | 0.0076576694620941% | | $ 1,764.06 | $ 2,867.46 | $ 3,529.85 |
| 4166 | Unitec Iron & Steel | 5,940.00 | 0.0075937490015832% | | $ 1,749.34 | $ 2,843.53 | $ 3,500.39 |
| 1714 | Ak-Chem | 5,927.00 | 0.0075771296998050% | Covert   5,927 | $ 1,745.51 | $ 2,837.31 | $ 3,492.73 |
| 2660 | O'Donnell Pontiac | 5,902.00 | 0.0075451691766743% | | $ 1,738.14 | $ 2,825.34 | $ 3,478.00 |
| 4915 | Turbodyne Corp. | 5,895.00 | 0.0075362261419789% | | $ 1,736.08 | $ 2,821.99 | $ 3,473.87 |
| 6331 | Columbus, Ohio | 5,886.00 | 0.0075247149318708% | | $ 1,733.43 | $ 2,817.68 | $ 3,468.57 |
| 714 | Don Allen Chevrolet | 5,880.00 | 0.0075170448031194% | | $ 1,731.67 | $ 2,814.81 | $ 3,465.93 |
| 4788 | Springfield Toyota | 5,834.00 | 0.0074582376697591% | | $ 1,718.12 | $ 2,792.79 | $ 3,437.92 |
| 1921 | Seahise Brothers | 5,806.00 | 0.0074224221985328% | | $ 1,709.87 | $ 2,779.38 | $ 3,421.42 |
| 3114 | Bert Spriggs Motor Sales | 5,735.00 | 0.0073316751861619% | | $ 1,688.96 | $ 2,745.39 | $ 3,379.58 |
| 2788 | Lustrre Chevrolet | 5,722.00 | 0.0073150558701340% | | $ 1,685.13 | $ 2,739.17 | $ 3,371.92 |
| 2895 | Western Auto | 5,710.00 | 0.0072997140630313% | | $ 1,681.60 | $ 2,733.43 | $ 3,364.85 |
| 2457 | W M M C | 5,710.00 | 0.0072997140630313% | | $ 1,681.60 | $ 2,733.43 | $ 3,364.85 |
| 2422 | Stockpile | 5,708.00 | 0.0072971581451808% | | $ 1,681.01 | $ 2,732.47 | $ 3,363.67 |
| 6529 | J.R.M Wagner & Son | 5,668.00 | 0.0072460217881718% | | $ 1,669.23 | $ 2,713.32 | $ 3,340.10 |
| 2277 | Norefco Corp. | 5,650.00 | 0.0072230104757178% | | $ 1,663.93 | $ 2,704.70 | $ 3,329.49 |

* Please refer to prior 3/29/04 letter, "Payment to the US" and Section VI of the final Consent Decree (Att. D) for   explanation of Minimum and Maximum Premium Options.

+ Please refer to section V of final Consent Decree(Att D) for definitions of terms

Breslube Penn
Appendix C
First Round De Minimis Settlement Payment Chart

| PRP ID | PRP Name | Total Volume (Gallons) | % of Total Site Volume | Transporter Volume — Portion of Total Volume attributable to Shipments Made by Transporters (Transporter Name/Volume (Gallons)) | Base Share of Site Past and Future Response Costs | Total Payment to EPA (Base Share + Minimum Premium)+ | Total Payment to EPA (Base Share + Maximum Premium)+ |
|---|---|---|---|---|---|---|---|
| 5313 | Swartz Cadillac | 5,580.00 | 0.00713352180273521% | | $ 1,643.32 | $ 2,671.19 | $ 3,288.24 |
| 4206 | Cold Metal Products | 5,529.00 | 0.00706833294735637% | | $ 1,638.30 | $ 2,644.78 | $ 3,258.19 |
| 2565 | Munley's Corner | 5,500.00 | 0.00703174908873341% | | $ 1,619.76 | $ 2,632.90 | $ 3,241.10 |
| 1150 | Bluenox Foundry | 5,500.00 | 0.00703174908873341% | | $ 1,619.76 | $ 2,632.90 | $ 3,241.10 |
| 5575 | Dominion Diston | 5,497.00 | 0.00702741308619589% | | $ 1,618.87 | $ 2,631.46 | $ 3,239.33 |
| 1704 | Springdale Power Plant | 5,460.00 | 0.0069801731715252% | | $ 1,607.98 | $ 2,613.75 | $ 3,217.53 |
| 2910 | Bill Cairns Pontiac | 5,450.00 | 0.00696732684247929% | | $ 1,605.03 | $ 2,608.96 | $ 3,211.64 |
| 5930 | Weber White Truck | 5,414.00 | 0.0069216109221648% | | $ 1,594.43 | $ 2,591.73 | $ 3,190.42 |
| 4594 | Don Beyer Motors | 5,410.00 | 0.0069016192285463% | | $ 1,593.25 | $ 2,589.81 | $ 3,188.06 |
| 5725 | MD Steel Drum | 5,400.00 | 0.0069034081962117% | | $ 1,590.31 | $ 2,585.03 | $ 3,182.17 |
| 1864 | Syntech | 5,396.00 | 0.00689829456051087% | | $ 1,589.13 | $ 2,583.11 | $ 3,179.81 |
| 4717 | Titanium Toyota | 5,371.00 | 0.0068663343733802% | Pelnum Ind. 200 | $ 1,581.76 | $ 2,571.14 | $ 3,165.03 |
| 6272 | Bawalli | 5,341.00 | 0.0068279820669623% | | $ 1,572.93 | $ 2,556.78 | $ 3,147.40 |
| 5547 | Jillen Tire | 5,340.00 | 0.0068267036606982% | | $ 1,572.64 | $ 2,556.30 | $ 3,146.81 |
| 3097 | American Trans. | 5,280.00 | 0.0067499991251848% | | $ 1,554.97 | $ 2,527.58 | $ 3,111.46 |
| 5090 | Pepco | 5,250.00 | 0.0067116468574280% | | $ 1,546.13 | $ 2,513.22 | $ 3,093.78 |
| 2164 | National Forge | 5,250.00 | 0.0067116468574280% | | $ 1,546.13 | $ 2,513.22 | $ 3,093.78 |
| 5432 | R & H Motors Inc. | 5,245.00 | 0.0067052548128019% | | $ 1,544.66 | $ 2,510.83 | $ 3,090.83 |
| 6311 | Belaire Mill | 5,232.00 | 0.0066886534967740% | | $ 1,540.83 | $ 2,504.60 | $ 3,083.17 |
| 2201 | Kanawha | 5,208.00 | 0.0066579536825685% | | $ 1,533.76 | $ 2,493.11 | $ 3,069.03 |
| 6257 | Calvert Motors | 5,160.00 | 0.0065965600541579% | | $ 1,519.63 | $ 2,470.14 | $ 3,040.74 |
| 6293 | Robertson | 5,095.75 | 0.0065144522807122% | | $ 1,500.70 | $ 2,439.38 | $ 3,002.88 |
| 3850 | Board of Education (Baltimore County) | 5,055.00 | 0.0064623571170091% | | $ 1,488.70 | $ 2,419.97 | $ 2,978.87 |
| 2742 | Scott's Tank Cleaning | 5,000.00 | 0.0063920446261919% | Orio's Gas and Oil Ltd. 5,000 | $ 1,472.50 | $ 2,393.54 | $ 2,946.65 |
| 2635 | PPG Industries | 5,000.00 | 0.0063920446261919% | | $ 1,472.50 | $ 2,393.54 | $ 2,946.65 |
| 2199 | Baker | 5,000.00 | 0.0063920446261919% | B.O.C. 5,000 | $ 1,472.50 | $ 2,393.54 | $ 2,946.65 |
| 2263 | Big Mt. Coal | 4,944.00 | 0.0063184374172570% | | $ 1,470.74 | $ 2,390.67 | $ 2,942.92 |
| 3558 | Wheaton Dodge | 4,950.00 | 0.0063281241798607% | | $ 1,457.78 | $ 2,369.61 | $ 2,916.99 |
| 2100 | Taylor Equipment | 4,940.00 | 0.0063153409936985% | M. T. 4,940 | $ 1,454.93 | $ 2,364.82 | $ 2,911.10 |
| 5403 | Miller Motors Buick | 4,922.00 | 0.0062923328729934% | | $ 1,449.53 | $ 2,356.20 | $ 2,900.49 |
| 852 | Diver-Steel City Auto Crushers Inc. | 4,907.00 | 0.0062731253960761% | | $ 1,445.12 | $ 2,524.41 | $ 3,067.04 |

* Please refer to prior 3/29/04 letter, "Payment to the US" and Section VI of the final Consent Decree (Att. D) for  explanation of Minimum and Maximum Premium Options.

+Please refer to section V of final Consent Decree(Att.D) for definitions of terms

Breslube Penn
Appendix C
First Round De Minimis Settlement Payment Chart

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| PRP ID | PRP Name | Total Volume (Gallons) | % of Total Site Volume | Transporter Volume Portion of Total Volume attributable to Shipments Made by Transporters (Transporter Name/Volume (Gallons)) | Base Share of Site Past and Future Response Costs | Total Payment to EPA (Base Share + Minimum Premium)* | Total Payment to EPA (Base Share + Maximum Premium)+ |
| 6403 | U.S. Post Office | 4,901.00 | 0.0062654821425247% | | $ 1,443.35 | $ 2,346.15 | $ 2,888.12 |
| 4955 | Best Lincoln-Mercury | 4,735.00 | 0.0060532662609375% | | $ 1,394.46 | $ 2,266.69 | $ 2,790.29 |
| 6363 | Nissan of North America | 4,680.00 | 0.0059829537700501% | | $ 1,378.26 | $ 2,240.16 | $ 2,757.88 |
| 782 | Stivet Motors | 4,675.00 | 0.0059765617254240% | Homan Oil Company 2,250 | $ 1,376.79 | $ 2,237.96 | $ 2,754.94 |
| 4459 | Jerrys Chevrolet | 4,645.00 | 0.0059382094576673% | | $ 1,367.96 | $ 2,223.60 | $ 2,737.26 |
| 3264 | Market Motors | 4,630.00 | 0.0059190333237889% | | $ 1,363.54 | $ 2,216.42 | $ 2,728.42 |
| 3053 | Sellers Chrysler Plymouth | 4,593.00 | 0.0058717321931555% | | $ 1,352.64 | $ 2,198.71 | $ 2,706.61 |
| 5694 | Gypsum Haulage | 4,590.00 | 0.0058678966667799% | | $ 1,351.76 | $ 2,197.27 | $ 2,704.85 |
| 6324 | Don Oil | 4,578.00 | 0.0058525540596173% | | $ 1,348.21 | $ 2,191.53 | $ 2,697.77 |
| 2699 | Cottman Transmission | 4,569.00 | 0.0058410503793502% | | $ 1,345.58 | $ 2,187.22 | $ 2,692.47 |
| 350 | Downtown Motors Oldsmobile/Pontiac | 4,562.00 | 0.0058321015168737% | | $ 1,343.51 | $ 2,183.87 | $ 2,688.35 |
| 217 | U.S. Air - Airport | 4,560.00 | 0.0058295446690232% | | $ 1,342.92 | $ 2,182.91 | $ 2,687.17 |
| 4378 | State Hwy Administration | 4,545.00 | 0.0058103685651449% | | $ 1,338.51 | $ 2,175.73 | $ 2,678.33 |
| 3233 | Kwou Ford | 4,530.00 | 0.0057911924312665% | | $ 1,334.09 | $ 2,168.55 | $ 2,669.49 |
| 5721 | Landturn Auto | 4,500.00 | 0.0057528401635098% | | $ 1,325.25 | $ 2,154.19 | $ 2,651.81 |
| 5695 | H & H Motors Datsun | 4,485.00 | 0.0057336640296314% | | $ 1,320.84 | $ 2,147.01 | $ 2,642.97 |
| 6300 | NW Bira | 4,469.00 | 0.0057132094668278% | | $ 1,316.12 | $ 2,139.35 | $ 2,633.54 |
| 2944 | Toyota Village | 4,396.00 | 0.0056198563528664% | | $ 1,294.63 | $ 2,184.40 | $ 2,590.52 |
| 6299 | ADNE Oil | 4,387.25 | 0.0056086995571907% | | $ 1,292.05 | $ 2,100.21 | $ 2,585.37 |
| 4563 | Maryland Auto Transmission | 4,350.00 | 0.0055610782473261% | | $ 1,281.08 | $ 2,082.38 | $ 2,563.42 |
| 6290 | Old Washington Ohio | 4,312.75 | 0.0055130062710560% | | $ 1,276.00 | $ 2,074.12 | $ 2,553.35 |
| 885 | Donnell Ford | 4,330.00 | 0.0055355106462216% | Homan Oil Company 1,925 | $ 1,275.19 | $ 2,072.81 | $ 2,551.63 |
| 810 | Union Spring | 4,300.00 | 0.0054971583784649% | | $ 1,266.35 | $ 2,058.45 | $ 2,533.95 |
| 6201 | Coleman Aviation Service | 4,175.00 | 0.0053373572628118% | | $ 1,229.54 | $ 1,998.61 | $ 2,460.39 |
| 4234 | Ralph Brown Buick Inc. | 4,112.00 | 0.0052568175005277% | | $ 1,210.99 | $ 1,968.45 | $ 2,423.16 |
| 4760 | O'Boyle Tank Lines | 4,100.00 | 0.0052414765934200% | | $ 1,207.45 | $ 1,962.71 | $ 2,416.09 |
| 6068 | American Airlines Inc. | 4,100.00 | 0.0052414765934200% | | $ 1,207.45 | $ 1,962.71 | $ 2,416.09 |
| 4666 | Hunt Valley Ford | 4,070.00 | 0.0052031243256633% | | $ 1,198.62 | $ 1,948.34 | $ 2,398.41 |
| 1972 | Lambing | 4,000.00 | 0.0051136570089976% | | $ 1,178.00 | $ 1,914.83 | $ 2,357.16 |
| 2160 | Hydril Co. | 4,000.00 | 0.0051136570089976% | | $ 1,178.00 | $ 1,914.83 | $ 2,357.16 |
| 5494 | Carter's American | 3,998.00 | 0.0051110788304717% | | $ 1,177.41 | $ 1,913.88 | $ 2,355.99 |
| 1919 | McCann Sanitary | 3,995.00 | 0.0051072436562714% | McCann Sanitary 3,995 | $ 1,176.53 | $ 1,912.44 | $ 2,354.22 |

* Please refer to prior 3/29/04 letter, "Payment to the US" and Section VI of the final Consent Decree (Att. D) for explanation of Minimum and Maximum Premium Options.

+ Please refer to section VI of final Consent Decree(Att D) for definitions of terms

Breslube Penn
Appendix C
First Round De Minimis Settlement Payment Chart

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| PRP ID | PRP Name | Total Volume (Gallons) | % of Total Site Volume | Transporter Volume Portion of Total Volume attributable to Shipments Made by Transporters (Transporter Name/Volume (Gallons)) | Base Share of Site Past and Future Response Costs | Total Payment to EPA (Base Share + Minimum Premium)* | Total Payment to EPA (Base Share + Maximum Premium)+ |
| 1120 | Marin Chevrolet | 3,972.00 | 0.0050778402509913% | Homan Oil Company 750 | 1,169.76 | $ 1,901.43 | 2,340.66 |
| 5433 | Arlington Co. Public Schools | 3,945.00 | 0.0050431272100102% | | $ 1,161.81 | $ 1,888.51 | 2,324.75 |
| 4127 | Coleman's Cadillac | 3,942.00 | 0.0050394879833245% | | $ 1,160.92 | $ 1,887.07 | 2,322.99 |
| 6296 | Modulia | 3,924.00 | 0.0050164766225803% | | $ 1,155.62 | $ 1,878.45 | 2,312.38 |
| 3125 | Bay Volkswagon | 3,905.00 | 0.0049921868539012% | | $ 1,150.03 | $ 1,869.36 | 2,301.18 |
| 2050 | Crown Wrecking Corp | 3,950.00 | 0.0049857948083751% | | $ 1,148.55 | $ 1,866.96 | 2,298.23 |
| 4982 | Free Star Truck | 3,895.00 | 0.0049794027637490% | | $ 1,147.08 | $ 1,864.57 | 2,295.29 |
| 3135 | Capitol Motors | 3,865.00 | 0.0049410504959923% | | $ 1,138.25 | $ 1,850.21 | 2,277.61 |
| 2703 | Golf Car Care | 3,835.00 | 0.0049020982282335% | | $ 1,129.41 | $ 1,835.85 | 2,259.93 |
| 3026 | Phelps Bros Land Clearing | 3,800.00 | 0.0048579519158527% | | $ 1,119.10 | $ 1,819.09 | 2,239.31 |
| 1979 | Jack's Marina | 3,788.00 | 0.0048426130087500% | | $ 1,115.57 | $ 1,813.35 | 2,232.23 |
| 3052 | Suburban Pontiac | 3,780.00 | 0.0048323857373482% | | $ 1,113.21 | $ 1,809.51 | 2,227.52 |
| 5955 | Cowan Ford | 3,754.00 | 0.0047991471052924% | | $ 1,105.56 | $ 1,797.07 | 2,212.20 |
| 1244 | Boyer Chevrolet | 3,725.00 | 0.0047620732464609% | | $ 1,097.02 | $ 1,783.19 | 2,195.11 |
| 4191 | Dobey West Oil | 3,702.00 | 0.0047326698411807% | Dobey Waste Oil 3,702 | $ 1,090.24 | $ 1,772.19 | 2,181.56 |
| 4723 | Valley Chevrolet | 3,695.00 | 0.0047237209787041% | | $ 1,088.18 | $ 1,768.83 | 2,177.43 |
| 4062 | Conte Ford Sales | 3,645.00 | 0.0047109368894519% | | $ 1,085.24 | $ 1,764.04 | 2,171.54 |
| 1362 | A & Z Chevrolet | 3,645.00 | 0.0046598005324429% | | $ 1,073.46 | $ 1,744.89 | 2,147.97 |
| 5722 | Legum Chevrolet | 3,632.00 | 0.0046431812164150% | | $ 1,069.63 | $ 1,738.67 | 2,140.30 |
| 3171 | Genebrant Chevy | 3,628.00 | 0.0046380625807141% | | $ 1,068.45 | $ 1,736.75 | 2,137.95 |
| 5597 | Rundio'/c Trans | 3,585.00 | 0.0045830599692940% | | $ 1,055.79 | $ 1,716.17 | 2,112.61 |
| 214 | Guttman Oil | 3,584.00 | 0.0045818175880642% | | $ 1,055.49 | $ 1,715.69 | 2,112.02 |
| 3857 | Fleming Rt Pkwy Dodge | 3,584.00 | 0.0045818175880642% | | $ 1,055.49 | $ 1,715.69 | 2,112.02 |
| 5464 | Balio Hydraulic | 3,565.00 | 0.0045572781847500% | | $ 1,049.90 | $ 1,706.60 | 2,100.82 |
| 2754 | Banning & Sons Motors | 3,512.00 | 0.0044897721453181% | | $ 1,034.29 | $ 1,681.22 | 2,069.59 |
| 2135 | Washington PA | 3,508.00 | 0.0044846585696672% | | $ 1,033.11 | $ 1,679.31 | 2,067.23 |
| 2286 | Union | 3,500.00 | 0.0044744312382545% | | $ 1,030.75 | $ 1,675.48 | 2,062.51 |
| 5306 | Stewart's WM Penn | 3,450.00 | 0.0044105107920241% | | $ 1,016.03 | $ 1,651.54 | 2,033.05 |
| 1577 | McKean Oils | 3,450.00 | 0.0044105107920241% | | $ 1,016.03 | $ 1,651.54 | 2,033.05 |
| 6252 | Williams Trans. | 3,425.00 | 0.0043785505689355% | | $ 1,008.67 | $ 1,639.58 | 2,018.32 |
| 5571 | Lord Baltimore Laundry | 3,425.00 | 0.0043785505689355% | | $ 1,008.67 | $ 1,639.58 | 2,018.32 |
| 5829 | Fred Fredrick Chrysler/Plymouth | 3,410.00 | 0.0043593744350152% | | $ 1,004.25 | $ 1,632.40 | 2,009.48 |

* Please refer to prior 3/29/04 letter, "Payment to the US" and Section VI of the final Consent Decree (Att. D) for  explanation of Minimum and Maximum Premium Options.

+ Please refer to section V of final Consent Decree(Att D) for definitions of terms

Breslube Penn
Appendix C
First Round De Minimis Settlement Payment Chart

| PRP ID | PRP Name | Total Volume (Gallons) | % of Total Site Volume | Transporter Volume Portion of Total Volume attributable to Shipments Made by Transporters (Transporter Name/Volume (Gallons)) | Base Share of Site Past and Future Response Costs | Total Payment to EPA (Base Share + Minimum Premium)* | Total Payment to EPA (Base Share + Maximum Premium)+ |
|---|---|---|---|---|---|---|---|
| 1436 | Benslik Olds | 3,315.00 | 0.0042379255971189% | | $976.27 | $1,586.92 | $1,953.59 |
| 838 | Bruceton Research | 3,240.00 | 0.0041420449172270% | | $954.18 | $1,551.02 | $1,909.30 |
| 883 | Anderson Ford | 3,240.00 | 0.0041420449172270% | Homan Oil Company 450 | $954.18 | $1,551.02 | $1,909.30 |
| 2238 | Windmill Truck Shop | 3,200.00 | 0.0040909085607180% | | $942.40 | $1,531.87 | $1,885.73 |
| 3527 | Stevens Chev. | 3,200.00 | 0.0040909085607180% | | $942.40 | $1,531.87 | $1,885.73 |
| 2060 | Avis Rentals | 3,180.00 | 0.0040653403822126% | | $936.51 | $1,522.29 | $1,873.95 |
| 2704 | Joytns Tech | 3,163.00 | 0.0040436073048847% | | $931.51 | $1,514.16 | $1,863.93 |
| 2999 | East West Lincoln Mercury Inc. | 3,153.00 | 0.0040308233412325% | | $928.56 | $1,509.37 | $1,858.03 |
| 2658 | Normandy Ford | 3,135.00 | 0.0040078119805785% | | $923.26 | $1,500.75 | $1,847.43 |
| 5536 | Food Fair Shoe | 3,075.00 | 0.0039311074456650% | | $905.59 | $1,472.03 | $1,812.07 |
| 1991 | Shenango | 3,000.00 | 0.0038353267756732% | | $883.50 | $1,436.13 | $1,767.87 |
| 5029 | Joe Johnson | 3,000.00 | 0.0038353267756732% | | $883.50 | $1,436.13 | $1,767.87 |
| 7651 | Howard Wilson Pontiac | 3,000.00 | 0.0038353267756732% | Homan Oil Company 1,800 | $883.50 | $1,436.13 | $1,767.87 |
| 2146 | Esse Oil | 3,000.00 | 0.0038353267756732% | | $883.50 | $1,436.13 | $1,767.87 |
| 6350 | Electric Steel | 3,000.00 | 0.0038353267756732% | | $883.50 | $1,436.13 | $1,767.87 |
| 5456 | American Cooperage | 3,000.00 | 0.0038353267756732% | | $883.50 | $1,436.13 | $1,767.87 |
| 3304 | Tate Dodge | 2,985.00 | 0.0038160506417048% | | $879.09 | $1,428.95 | $1,759.03 |
| 891 | R.D. Banks Chevrolet | 2,975.00 | 0.0038032665525426% | Homan Oil Company 900 | $876.14 | $1,424.16 | $1,753.14 |
| 6385 | Volvo Cars of North America | 2,965.00 | 0.0037904824633803% | | $873.20 | $1,419.37 | $1,747.25 |
| 2144 | General American Trans. | 2,928.00 | 0.0037431813305570% | | $862.30 | $1,401.66 | $1,725.44 |
| 1655 | Barrett Cadillac | 2,900.00 | 0.0037073858831507% | Homan Oil Company 1,200 | $854.05 | $1,388.25 | $1,708.94 |
| 2325 | Roblyn Steel | 2,896.00 | 0.0037022722744989% | | $852.87 | $1,386.34 | $1,706.59 |
| 4615 | Wheelers Chevy | 2,895.00 | 0.0037009938385246% | | $852.58 | $1,385.86 | $1,706.00 |
| 2588 | Tire Shoppe | 2,892.00 | 0.0036971586117489% | | $851.70 | $1,384.43 | $1,704.23 |
| 5209 | Owigs Mill Transmission | 2,887.00 | 0.0036907665567122% | Pelaquin Ind. 2,161 | $850.22 | $1,382.03 | $1,701.28 |
| 2179 | Union Electric Steel | 2,880.00 | 0.0036818177046462% | | $848.16 | $1,378.68 | $1,697.16 |
| 259 | American Bridge | 2,855.00 | 0.0036620415707679% | | $843.75 | $1,371.50 | $1,688.32 |
| 2835 | Prince George's Trailer & Equipment Co. Inc | 2,850.00 | 0.0036434654368595% | | $839.33 | $1,364.32 | $1,679.48 |
| 5335 | Al Packer Ford | 2,825.00 | 0.0036115952137589% | | $831.97 | $1,352.35 | $1,664.75 |
| 5760 | Prestige Imports | 2,810.00 | 0.0035922290799803% | | $827.55 | $1,345.17 | $1,655.91 |
| 5290 | Penn Bros. Chevrolet Plymouth | 2,800.00 | 0.0035795449962383% | | $824.60 | $1,340.38 | $1,650.01 |
| 3061 | Potomac Motors Inc. | 2,785.00 | 0.0035603668556749% | | $820.19 | $1,333.20 | $1,641.18 |
| 5053 | Executive Pontiac | 2,777.00 | 0.0035501415534816% | | $817.83 | $1,329.37 | $1,636.46 |
| 1995 | Aetna | 2,760.00 | 0.0035284086331619% | | $812.82 | $1,321.24 | $1,626.44 |

* Please refer to prior 3/29/04 letter, "Payment to the US" and Section VI of the final Consent Decree (Att. D) for  explanation of Minimum and Maximum Premium Options.
+ Please refer to section V of final Consent Decree(Att.D) for definitions of terms

Breslube Penn
Appendix C
First Round De Minimis Settlement Payment Chart

| PRP ID | PRP Name | Total Volume (Gallons) | % of Total Site Volume | Transporter Volume / Portion of Total Volume attributable to Shipments Made by Transporters (Transporter Name/Volume (Gallons)) | Base Share of Site Past and Future Response Costs | Total Payment to EPA (Base Share + Minimum Premium)* | Total Payment to EPA (Base Share + Maximum Premium)+ |
|---|---|---|---|---|---|---|---|
| 5813 | Ratrie, Robbins, Schweizer | 2,750.00 | 0.0035159265540367% | | $ 809.88 | $ 1,316.45 | $ 1,620.55 |
| 897 | Eastwood Chrysler Ply | 2,725.00 | 0.0034836643212365% | | $ 802.52 | $ 1,304.48 | $ 1,605.82 |
| 5221 | Action Ford | 2,710.00 | 0.0034648881873581% | | $ 798.10 | $ 1,297.30 | $ 1,596.98 |
| 3400 | Jack Anstaicci Chevrolet | 2,704.00 | 0.0034568177331806% | | $ 796.33 | $ 1,294.43 | $ 1,593.44 |
| 2104 | Teledyne | 2,694.00 | 0.0034440336445545% | | $ 793.39 | $ 1,289.64 | $ 1,587.55 |
| 2110 | Realy's Cleaners | 2,687.00 | 0.0034350847820779% | | $ 791.32 | $ 1,286.29 | $ 1,583.42 |
| 4533 | Martin Motors | 2,680.00 | 0.0034261359196014% | | $ 789.26 | $ 1,283.94 | $ 1,579.30 |
| 2637 | General Tire | 2,655.00 | 0.0033941756984708% | | $ 781.90 | $ 1,270.97 | $ 1,564.57 |
| 231 | Chambers | 2,640.00 | 0.0033749995625924% | | $ 777.48 | $ 1,263.79 | $ 1,555.73 |
| 886 | Valley Pontiac | 2,625.00 | 0.0033558234287140% | Homan Oil Company 1,000 | $ 773.07 | $ 1,256.61 | $ 1,546.89 |
| 1520 | Al Schwartz Pontiac | 2,619.00 | 0.0033481529751627% | | $ 771.30 | $ 1,253.74 | $ 1,543.35 |
| 3932 | Seafbest | 2,610.00 | 0.0033366472948357% | | $ 768.65 | $ 1,249.43 | $ 1,538.05 |
| 6102 | Owl Corporation | 2,600.00 | 0.0033238632055834% | | $ 765.70 | $ 1,244.64 | $ 1,532.16 |
| 5163 | Jones Chrysler Plymouth GMC | 2,600.00 | 0.0033238632055834% | | $ 765.70 | $ 1,244.64 | $ 1,532.16 |
| 6235 | John Downes | 2,560.00 | 0.0032727268485734% | | $ 753.92 | $ 1,225.49 | $ 1,508.58 |
| 327 | Petroleum Equipment Services | 2,541.00 | 0.0032484370789952% | | $ 748.33 | $ 1,307.22 | $ 1,588.21 |
| 987 | Taylor Oldsmobile/Pontiac | 2,525.00 | 0.0032279825631695% | Homan Oil Company 1,000 | $ 743.61 | $ 1,308.74 | $ 1,487.96 |
| 4183 | Georgetown Auto Center | 2,515.00 | 0.0032151984649391% | | $ 740.67 | $ 1,203.95 | $ 1,482.07 |
| 1302 | All Clad Metals | 2,511.00 | 0.0032100848112384% | | $ 739.49 | $ 1,202.04 | $ 1,479.71 |
| 768 | NEPCO | 2,500.00 | 0.0031960223130610% | | $ 736.25 | $ 1,196.77 | $ 1,473.23 |
| 1522 | Colussy Chevy | 2,470.00 | 0.0031576700453042% | | $ 727.42 | $ 1,182.41 | $ 1,455.55 |
| 5653 | Gray's Auto Service | 2,450.00 | 0.0031321018667998% | | $ 721.53 | $ 1,172.84 | $ 1,443.76 |
| 2607 | AMC Jeep 40 West | 2,445.00 | 0.0031257099221716% | | $ 720.05 | $ 1,170.44 | $ 1,440.82 |
| 4133 | Rental Tools | 2,425.00 | 0.0031001416436691% | | $ 714.16 | $ 1,160.87 | $ 1,429.03 |
| 3967 | American Tank | 2,400.00 | 0.0030681814205385% | | $ 706.80 | $ 1,148.90 | $ 1,414.30 |
| 5639 | American Steel Drum | 2,400.00 | 0.0030681814205385% | | $ 706.80 | $ 1,148.90 | $ 1,414.30 |
| 6045 | J.C. Penny Co. Inc. | 2,394.00 | 0.0030605109669072% | | $ 705.04 | $ 1,146.03 | $ 1,410.76 |
| 130 | Valley Dodge | 2,376.00 | 0.0030370996060332% | | $ 699.73 | $ 1,137.41 | $ 1,400.16 |
| 5465 | Anderson & Buckler Inc. | 2,373.00 | 0.0030336647955759% | Peloquin Ind. 350 | $ 698.85 | $ 1,135.98 | $ 1,398.39 |
| 4995 | Police Dept. (Baltimore) | 2,370.00 | 0.0030298291527818% | | $ 697.97 | $ 1,134.54 | $ 1,396.62 |
| 1456 | Monti Ann Buick | 2,370.00 | 0.0030298291527818% | | $ 697.97 | $ 1,134.54 | $ 1,396.62 |
| 2620 | Fox Chevrolet | 2,365.00 | 0.0030234371081557% | | $ 696.49 | $ 1,132.15 | $ 1,393.07 |
| 4947 | Balto-Amp RR Co. | 2,360.00 | 0.0030170450635296% | | $ 695.02 | $ 1,129.75 | $ 1,390.73 |

* Please refer to prior 3/29/04 letter, "Payment to the US" and Section VI of the final Consent Decree (Att. D) for   explanation of Minimum and Maximum Premium Options.
+ Please refer to section V of final Consent Decree(Att D) for definitions of terms

Breslube Penn
Appendix C
First Round De Minimis Settlement Payment Chart

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| PRP ID | PRP Name | Total Volume (Gallons) | % of Total Site Volume | Transporter Volume Portion of Total Volume attributable to Shipments Made by Transporters (Transporter Name/Volume (Gallons)) | Base Share of Site Past and Future Response Costs | Total Payment to EPA (Base Share + Minimum Premium)* | Total Payment to EPA (Base Share + Maximum Premium)* |
| 1804 | Proventto Chev. | 2,271.00 | 0.00290326666918465% | | $ | $ 668.81 | $ 1,087.15 | $ 1,318.28 |
| 757 | Stackhouse Olds | 2,250.00 | 0.00287642008175489% | Homan Oil Company    1,406 | $ 662.63 | $ 1,077.09 | $ 1,325.90 |
| 4041 | Matthem Co. Inc. | 2,250.00 | 0.00287642008175489% | | $ | $ 662.63 | $ 1,077.09 | $ 1,325.90 |
| 4587 | Chris J Miller Inc | 2,250.00 | 0.00287642008175489% | | $ | $ 662.63 | $ 1,077.09 | $ 1,325.90 |
| 752 | Wolfam Chevrolet | 2,200.00 | 0.00281249965754937% | Homan Oil Company    1,100 | $ 647.90 | $ 1,053.16 | $ 1,296.44 |
| | DeMinimis Total | 775,464.75 | 1% | | | | |
| | DeMinimis Total | 8,279,775.86 | 11% | | | | |
| | DeMaximus Total | 69,166,991.75 | 88% | | | | |

* Please refer to prior 3/29/04 letter, "Payment to be to US" and Section VI of the final Consent Decree (Att. D) for explanation of Minimum and Maximum Premium Options.
+Please refer to section V of final Consent Decree(Att D) for definitions of terms

**APPENDIX D**

**Federal Agency Parent/Child Chart**

Attachment D
Federal Agency Parent/Child Chart

| ID | Name | | 6 | 7 | 8 |
|---|---|---|---|---|---|
| 6404 | U.S. Air Force | 24,478.0 | 0.0312928361164426% | $ 2,208.80 | $ 11,717.83 | $ 14,424.66 |
| 598 | Air Force | 13,452.0 | 0.0171801788927185% | $ 3,961.63 | $ 6,439.59 | $ 7,927.14 |
| 1946 | Air Force National Guard | 2,928.0 | 0.0037431818582139% | $ 862.30 | $ 1,401.66 | $ 1,725.44 |
| 1128 | Air National Guard | 1,892.0 | 0.0024187496652453% | $ 557.20 | $ 905.72 | $ 1,114.94 |
| 5003 | Andrews Air Force Base Exchange | 605.0 | 0.0007734737397608% | $ 178.17 | $ 289.62 | $ 356.52 |
| 5002 | Andrews Air Force Base Exchange | 660.0 | 0.0008437499090481% | $ 194.37 | $ 316.95 | $ 388.93 |
| 5001 | Andrews Air Force Base Exchange | 975.0 | 0.0012464487020939% | $ 287.14 | $ 466.74 | $ 574.56 |
| 5004 | Bolling Air Force Base Exchange | 1,425.0 | 0.0018217327164448% | $ 419.66 | $ 682.16 | $ 839.74 |
| 1611 | National Air Guard | 2,541.0 | 0.0032484370780962% | $ 748.33 | $ 1,216.40 | $ 1,497.59 |
| 1384 | U.S. Coast Guard | 15,890.0 | 0.0203139178218159% | $ 4,679.62 | $ 7,606.69 | $ 9,363.83 |
| 1384 | U.S. Coast Guard | 6,690.0 | 0.0085525097512% | $ 1,970.21 | $ 3,202.56 | $ 3,942.26 |
| 2089 | Coast Guard | 9,200.0 | 0.0117619217120644% | $ 2,709.41 | $ 4,404.12 | $ 5,421.48 |
| 6401 | U.S. Army | 6,676.0 | 0.0085344573847800% | $ 1,966.09 | $ 3,195.88 | $ 3,934.61 |
| 6401 | U.S. Army | 706.0 | 0.0009025667012064% | $ 207.92 | $ 337.97 | $ 416.04 |
| 2556 | Army Corp of Engineers | 590.0 | 0.0007542612868824% | $ 173.76 | $ 282.44 | $ 347.68 |
| 5276 | D.C. National Guard | 550.0 | 0.0007031249242031% | $ 163.98 | $ 263.29 | $ 324.11 |
| 5005 | Ft. George Meade Exchange | 100.0 | 0.0001277640882524% | $ 29.45 | $ 47.87 | $ 58.93 |
| 5007 | Ft. Lesley J. McNair Exchange | 1,850.0 | 0.0023650505651665% | $ 544.83 | $ 885.61 | $ 1,090.19 |
| 5006 | U.S. Army Exchange | 625.0 | 0.0007990057626521% | $ 184.06 | $ 299.19 | $ 368.31 |
| 5430 | U.S. Army Craft Shop (Arlington Hall) | 2,250.0 | 0.0028260181862524% | $ 664.10 | $ 1,078.49 | $ 1,328.85 |
| 5009 | Walter Reed Army Medical Center Exchange | 4,961.0 | 0.0063418772633274% | $ 1,461.92 | $ 2,374.87 | $ 2,923.47 |
| 6402 | U.S. Navy | 400.0 | 0.0005113935700869% | $ 117.80 | $ 191.48 | $ 235.72 |
| 4220 | National Naval Medical Center | 861.0 | 0.0011007109461829% | $ 253.57 | $ 412.17 | $ 507.38 |
| 3300 | Naval Exchange | 830.0 | 0.0010610794079362% | $ 244.44 | $ 397.33 | $ 489.11 |
| 2871 | Naval Ordnance Station | 1,070.0 | 0.0013678764990901% | $ 315.12 | $ 512.21 | $ 630.74 |
| 5911 | Navy Exc. Serv. Sta. | 4,961.0 | 0.0063418772633274% | $ 1,461.92 | $ 2,374.87 | $ 2,923.47 |
| 4221 | Navy Exchange Service Station 210-180 N.N.M.C | 706.0 | 0.0009025667012064% | $ 207.92 | $ 337.97 | $ 416.04 |
| 6403 | U.S. Post Office | 4,901.9 | 0.0062684824212847% | $ 1,443.35 | $ 2,346.11 | $ 2,388.12 |
| 1206 | Green Tree Post Office Garage | 350.0 | 0.0004474312382885% | $ 103.08 | $ 167.55 | $ 206.25 |
| 1888 | P.O. | 350.0 | 0.0004474312382885% | $ 103.08 | $ 167.55 | $ 206.25 |
| 3823 | P.O. Garage | 350.0 | 0.0004474312382885% | $ 103.08 | $ 167.55 | $ 283.40 |
| 3692 | P.O. Garage | 175.0 | 0.0002237156194143% | $ 51.54 | $ 83.77 | $ 103.13 |
| 5758 | Penn Hills P.O. Garage | 245.0 | 0.0003132106808000% | $ 72.15 | $ 117.28 | $ 144.38 |
| 382 | Post Office | 1,880.0 | 0.0024040480777947% | $ 553.86 | $ 899.97 | $ 1,107.87 |
| 3319 | Post Office | 765.0 | 0.0009779827793687% | $ 225.29 | $ 366.21 | $ 450.81 |
| 4232 | Post Office Garage | 17,494.5 | 0.0223574245381% | $ 5,152.15 | $ 8,374.77 | $ 10,309.35 |
| 2047 | U.S. | 300.0 | 0.0003832677873% | $ 88.35 | $ 143.61 | $ 176.79 |
| 3436 | Goddard Space Flight Center | 300.0 | 0.0003832677873% | $ 88.35 | $ 143.61 | $ 176.79 |
| 838 | Bruceton Research (U.S. DOE, U.S. MSHA, U.S. DHHS) | 3,240.0 | 0.0041420448177770% | $ 954.18 | $ 1,551.02 | $ 1,909.30 |
| | TOTAL ALL FEDERAL AGENCIES | 77,940.5 | 0.0996308308364150% | $ 22,953.85 | $ 37,510.79 | $ 45,529.83 |